BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Don Scott (don.scott@bartlit-beck.com)
Karma Giulianelli (karma.giulianelli@bartlit-beck.com)
Sean Grimsley (sean.grimsley@bartlit-beck.com)
Sundeep K. Addy (rob.addy@bartlit-beck.com)
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Chris Lind (chris.lind@bartlit-beck.com)
Andrew Polovin (andrew.polovin@bartlit-beck.com)
Kate Swift (kate.swift@bartlit-beck.com)
54 West Hubbard Street
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

CLEARY GOTTLIEB STEEN & HAMILTON LLP
George S. Cary (gcary@cgsh.com)
Steven J. Kaiser (skaiser@cgsh.com)
Larry C. Work-Dembowski (dwork-dembowski@cgsh.com)
Kenneth Reinker (kreinker@cgsh.com)
2000 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lev Dassin (ldassin@cgsh.com)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-2999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/11

**MEMO ENDORSED**

*Attorneys for Defendants Sabre Holdings Corp., Sabre Inc., and Sabre Travel Int'l Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Airways, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Sabre Holdings Corp., Sabre Inc., and Sabre Travel Int'l Ltd.,<br><br>Defendants. | Civ. A. No. 1:11-cv-02725-MGC<br>ECF Case<br><br>**Oral Argument Requested** |

**Notice of Sabre's Motion to Dismiss
Pursuant to Rule 12(b)(6)**

Motion granted only as to Counts II and III. Plaintiff directed to file amended complaint to set out sources of information and bases of belief. For oral opinion, see Record of Proceedings. So ordered, September [ ], 2011

United States District Judge