# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006–1801
(202) 974-1500
FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

Writer's Direct Dial: +1 (202) 974-1554
E-Mail: skaiser@cgsh.com

April 3, 2014

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No.1:11-cv-02725-LGS,
      Uncontested Request for Adjustment of the Summary Judgment Schedule

Dear Judge Schofield:

At the discovery conference this morning, Sabre requested and the Court agreed that Sabre would be permitted to file its summary judgment reply papers on or before Monday, May 19, 2014. The Court directed Sabre to send a letter to that effect so that the change could be entered as an order on the docket.

We thank the Court for its consideration of this issue.

Respectfully submitted,

/s/ Steven J. Kaiser

Steven J. Kaiser

cc: Counsel for US Airways, Inc. via ECF