

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York 10036-6524 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| JAKARTA† | TELEPHONE (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

June 26, 2014

OUR FILE NUMBER
882,604-079

**BY ECF**

WRITER'S DIRECT DIAL
(212) 326-2017

The Honorable Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

Re:   *US Airways, Inc. v. Sabre Holdings Corp.*, No. 1:11-cv-02725-LGS
      **Oral Argument on Sabre's Motions for Summary Judgment**

Dear Judge Schofield:

We write in reference to Sabre's pending motions for summary judgment, which are fully briefed and awaiting argument.  As the summer approaches, we want to make sure that we are available for argument.

If the Court has any sense of when it might schedule oral argument, we would appreciate some guidance so that we can plan summer vacations accordingly.

Respectfully submitted,

/s/ Andrew J. Frackman

Andrew J. Frackman
of O'MELVENY & MYERS LLP

cc:   Counsel for Sabre (by ECF)

† In association with Tumbuan & Partners