

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| JAKARTA† | TELEPHONE  (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE  (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

September 11, 2014

OUR FILE NUMBER
882,604-079

**BY ECF**

WRITER'S DIRECT DIAL
(212) 326-2017

The Honorable Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2014

   Re:   *US Airways, Inc. v. Sabre Holdings Corp.*, No. 1:11-cv-02725-LGS
         <u>Oral Argument on Sabre's Motions for Summary Judgment</u>

Dear Judge Schofield:

   I write to follow up on the Court's June 27, 2014 endorsement of my letter inquiring about scheduling of oral argument on Sabre's pending motions for summary judgment, which the parties completed briefing on May 19, 2014 and which are awaiting argument.  The Court's June 27 endorsement noted that argument would not be before September.  Now that we are in September, some of us are attempting to schedule other fall commitments, including overseas travel, and we want to make sure that we are available for argument and follow-on proceedings.

   Accordingly, if the Court has any sense of when it might want to hear oral argument, or have the parties' undertake any post-motion practice, we would appreciate further guidance so as to assure our availability, to efficiently utilize our team members and to minimize scheduling inconvenience for the parties and the Court.

Respectfully submitted,

Oral argument shall be held on September 30, 2014 at 11:30 a.m.

/s/ Andrew J. Frackman

Dated: September 16, 2014
New York, New York

Andrew J. Frackman
of O'MELVENY & MYERS LLP

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**