# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2000 PENNSYLVANIA AVENUE, N.W. | ROME |
| PARIS | WASHINGTON, D.C. 20006–1801 | MILAN |
| BRUSSELS | (202) 974-1500 | HONG KONG |
| LONDON | FACSIMILE (202) 974-1999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

Writer's Direct Dial:  +1 (202) 974-1554
E-Mail: skaiser@cgsh.com

September 19, 2014

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No.1:11-cv-02725-LGS, Rescheduling Oral Argument on Sabre's Motions for Summary Judgment

Dear Judge Schofield:

      We write on behalf of our client Sabre regarding the oral argument on Sabre's motions for summary judgment, which the Court has set for September 30.

      As Your Honor may recall, when US Airways first asked the Court for a hearing date and stated that it needed the date set so as to accommodate its counsels' "summer vacations," the Court responded that it would "accommodate counsels' schedule in the event that oral argument is heard." (ECF No. 230).

      Mr. Cary, one of the lawyers that Sabre anticipates presenting its arguments at the summary judgment hearing, has numerous pre-existing professional and personal commitments that would make the current schedule extremely difficult.  Among other conflicts, for example, Mr. Cary has a previously scheduled trip to Spain that conflicts with the September 30 date.  To accommodate these scheduling issues, Sabre requests that the argument be rescheduled for October 27 or 28, or, preferably, any date in November that is convenient for the Court.

      US Airways has informed Sabre that it does not object to rescheduling the oral argument but declines to agree to any date that is after October 17.  In other words, US Airways is unwilling voluntarily to accommodate Sabre's counsel's schedule for what amounts to a few weeks, even though there would, of course, be no prejudice to US Airways.

Honorable Lorna G. Schofield, p. 2

      We regret the need to involve the Court in the issue, but our efforts to find a mutually agreeable alternative date have not been successful.

                                    Respectfully Submitted,

                                    */s/ Steven J. Kaiser*

                                    Steven J. Kaiser

cc:     Counsel for US Airways, Inc., via ECF