

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| JAKARTA† | TELEPHONE  (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE  (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

September 19, 2014

OUR FILE NUMBER
882,604-079

**BY ECF**

WRITER'S DIRECT DIAL
(212) 326-2017

The Honorable Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

Re:   *US Airways, Inc. v. Sabre Holdings Corp.*, No. 1:11-cv-02725-LGS
       <u>Oral Argument on Sabre's Motions for Summary Judgment</u>

Dear Judge Schofield:

      I write regarding oral argument on Sabre's motions for summary judgment, which is currently scheduled for September 30, 2014, and in response to Sabre's counsel's letter of earlier today requesting a month-long delay.

      We believe in trying to accommodate reasonable scheduling requests of our adversaries. Accordingly, when Mr. Cary informed me that he would be out of the country during the week of September 29, we attempted to accommodate him and Sabre's other law firm, whose lawyers have taken the lead in this case including previewing Sabre's summary judgment motion for the Court last March. (Mr. Cary did not speak at that conference.)  I offered to continue the hearing to just about any date during the two weeks following Mr. Cary's return.  He rejected all of them, insisting instead on a date during the week of October 27 so he has adequate time to prepare.  Now, Sabre has requested the oral argument take place as late as November.

      The four-week (or longer) postponement Sabre seeks is unreasonable and would create potential calendar conflicts on our side.  This is an important case both for the airline industry and traveling public. It is over three years old, and Sabre's motions will have been pending for at least six months by the time argument is heard.  The briefing has sharply focused the issues, obviating the need for extensive and time-consuming preparation.  Furthermore, though Sabre says he will participate, I understand that Mr. Cary will not even be the lead Sabre lawyer at argument.  While we recognize that Mr. Cary has other client demands, so do we.  I note that I have to be in China on business the week of October 20, my return date is still uncertain, and delaying argument under after October 17 therefore presents scheduling challenges for me and US Airways.

† In association with Tumbuan & Partners

O'MELVENY & MYERS LLP

September 19, 2014 - Page 2

      Under these circumstances, although it may not be Sabre's preferred solution to Mr. Cary's conflict, we respectfully suggest that oral argument be deferred to any day convenient with the Court during the two weeks following Mr. Cary's return (the weeks of October 6 and October 13, 2014, with the exception of October 6-8 when we have a conflict).

                                            Respectfully submitted,

                                            /s/ Andrew J. Frackman

                                            Andrew J. Frackman
                                            of O'MELVENY & MYERS LLP

cc:       Counsel for Sabre (by ECF)