## CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2000 PENNSYLVANIA AVENUE, N.W. | ROME |
| PARIS | WASHINGTON, D.C. 20006–1801 | MILAN |
| BRUSSELS | (202) 974-1500 | HONG KONG |
| LONDON | FACSIMILE (202) 974-1999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

Writer's Direct Dial: +1 (202) 974-1554
E-Mail: skaiser@cgsh.com

March 10, 2015

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/15
```

Re:   *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-02725-LGS,
      Unopposed Request to Reschedule Status Conference

Your Honor:

We represent Sabre Holdings Corp., et al. ("Sabre") in the above-captioned matter. On March 6, the Court set a status conference for April 7 at 10:30 a.m. (ECF No. 251). Sabre's Principal Trial Counsel is unfortunately not available on that date and Sabre accordingly requests that the Court reschedule the conference for April 15. We have consulted with counsel for US Airways, who has informed us that US Airways does not object to rescheduling the conference for that date.

If April 15 is not convenient for the Court, the parties will work to make themselves available on any date after April 15 that would be convenient for the Court.

Respectfully submitted,

*/s/ Steven J. Kaiser*

Steven J. Kaiser

cc: Counsel of Record (via ECF)

APPLICATION GRANTED. The status conference scheduled for April 7, 2015, is hereby adjourned to April 21, 2015, at 10:30 a.m. Any out-of-town counsel may appear by telephone. All counsel who are doing so may call the Chambers telephone number when all attorneys participating telephonically are on the line.

Dated: March 11, 2015
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE