UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                            :

US AIRWAYS, INC.,                                        :

                                     Plaintiff,    :

                                                            :           11 Civ. 2725 (LGS)

                -against-                              :

                                                            :           <u>ORDER</u>

SABRE HOLDINGS CORPOPATION, et al.,     :

                                         Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed under seal its Motion for Partial Reconsideration on January 12, 2015 (the "Motion");

      WHEREAS, by Order dated March 5, 2015, Plaintiff's Motion was denied, and Plaintiff was directed to submit proposed redactions for the Motion;

      WHEREAS, by hand-delivered letter to Chambers dated March 12, 2015, Plaintiff submitted proposed redactions to the Motion; it is hereby

      **ORDERED** that Plaintiff's proposed redactions are approved.  Plaintiff shall file the Motion in redacted form no later than April 1, 2015.

Dated: March 26, 2015
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/15