# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | 2000 PENNSYLVANIA AVENUE, N.W. | |
|---|---|---|
| NEW YORK | WASHINGTON, D.C. 20006–1801 | ROME |
| PARIS | (202) 974-1500 | MILAN |
| BRUSSELS | FACSIMILE | HONG KONG |
| LONDON | (202) 974-1999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

Writer's Direct Dial: +1 (202) 974-1554
E-Mail: skaiser@cgsh.com

May 8, 2015

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No.1:11-cv-02725-LGS
          Sabre's Proposed Pretrial and Trial Schedules

Your Honor:

    In accordance with the Court's May 5, 2015 order, ECF No. 283, please find attached Sabre's proposed pretrial and trial schedules.

                            Respectfully submitted,

                            */s/ Steven J. Kaiser*

                            Steven J. Kaiser

cc: Counsel for US Airways, Inc. via ECF

Attachments

**PROPOSED JURY TRIAL SCHEDULE**

| Event | Date |
|---|---|
| *Daubert* **Briefing** | |
| - Pre-Motion Letter | May 22, 2015 |
| - Opening Brief | June 12, 2015 |
| - Response Brief | July 10, 2015 |
| - Reply Briefs | July 24, 2015 |
| - Oral Argument | August 7, 2015 |
| **Motions** *in Limine* | |
| - Opening Briefs | August 24, 2015* |
| - Response Briefs | September 8, 2015* |
| **Jury Instructions and Voir Dire Questions** | |
| - Exchange proposals | August 31, 2015 |
| - Meet-and-confer | September 14, 2015 |
| - Submission to Court | September 21, 2015 |
| **Pre-trial Memo (Optional)** | |
| - Opening Memos | September 14, 2015* |
| - Response Memos | September 28, 2015 |
| **Joint Pre-Trial Submission** | September 28, 2015 |
| **Deposition Designations** | |
| - Designations | August 24, 2015 |
| - Counter Designations & Obj's | September 14, 2015 |
| - Counter-to-Counter Desig. & Obj's | September 21, 2015 |
| - Submission to Court | September 28, 2015 |
| **Exhibits** | |
| - Exchange Exhibit Lists | August 31, 2015 |
| - Exchange Objections | September 21, 2015 |
| - Submission to Court | September 28, 2015 |
| **Designation of Written Discovery** | |
| - Designate discovery | August 31, 2015 |
| - Exchange objections | September 21, 2015 |
| - Submission to Court | September 28, 2015 |
| **Final Pre-Trial Conference** | October 12, 2015 |
| **Trial Date** | October 26, 2015 (4 weeks) |

* Denotes a modification from the timing in the Court's individual rules.

## **PROPOSED BENCH TRIAL SCHEDULE**

| Event | Date |
|---|---|
| **Pre-trial Memo** | |
| -   Opening Memos | June 29 , 2015* |
| -   Response Memos | July 27, 2015* |
| **Joint Pre-Trial Submission** | August 10, 2015 |
| **Deposition Designations** | |
| -   Designations | July 7, 2015 |
| -   Counter Designations & Obj's | July 28, 2015 |
| -   Counter-to-Counter Desig. & Obj's | August 3, 2015 |
| -   Submission to Court | August 10, 2015 |
| **Exhibits** | |
| -   Exchange Exhibit Lists | July 14, 2015 |
| -   Exchange Objections | August 3, 2015 |
| -   Submission to Court | August 10, 2015 |
| **Designation of Written Discovery** | |
| -   Designate discovery | July 14, 2015 |
| -   Exchange objections | August 3, 2015 |
| -   Submission to Court | August 10, 2015 |
| **Final Pre-Trial Conference** | August 24, 2015 |
| **Trial Date** | September 8, 2015 (3 weeks) |
| **Proposed Findings of Fact and Conclusions of Law** | |
| -   Parties' proposals | December 4, 2015 |
| -   Responses to proposals | January 11, 2016 |

* Denotes a modification from the timing in the Court's individual rules.