```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
US AIRWAYS, INC.,                                             :
                                    Plaintiff,                :
                                                              :       11 Civ. 2725 (LGS)
                   -against-                                  :
                                                              :       ORDER
SABRE HOLDINGS CORPORATION, et al.,                           :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/15

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff's application was discussed at a telephone conference held on May 15, 2015.  For the reasons stated at the conference, it is hereby

**ORDERED** that Plaintiff's brief in support shall be filed by **May 22, 2015**.  Any response shall be filed by **May 29, 2015**.  Any reply shall be filed by **June 1, 2015**.  The Court's Individual Rules regarding motions shall apply.

Dated: May 15, 2015
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**