

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | TELEPHONE  (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE  (212) 326-2061 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

July 7, 2015

OUR FILE NUMBER
882,604-079

WRITER'S DIRECT DIAL
(212) 326-2017

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

Re:   *US Airways, Inc. v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
      *Expert Testimony and Scheduling Order*

Dear Judge Schofield:

   We write for clarification of your June 30, 2015 scheduling order as it relates to the submission of expert testimony.  Currently, the order calls for sequential filings, with plaintiff's expert direct testimony due on July 28 and defendants' experts direct testimony three weeks later.  The order, however, makes no provision for submission of plaintiff's rebuttal testimony.

   We propose that plaintiff's experts be permitted to respond to defendants' experts as part of their live, in-court testimony before the start of cross-examination.  Alternatively, we would ask that we be permitted to file written rebuttal testimony three weeks after defendants submit their experts direct, *i.e.,* on September 8, 2015.

Respectfully submitted,

/s/ Andrew J. Frackman

Andrew J. Frackman
*of* O'MELVENY & MYERS LLP

cc:   Counsel for Sabre (via ECF)