

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | SAN FRANCISCO |
| BRUSSELS | 7 Times Square | SEOUL |
| CENTURY CITY | New York, New York  10036-6524 | SHANGHAI |
| HONG KONG | TELEPHONE  (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE  (212) 326-2061 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/15

July 7, 2015

OUR FILE NUMBER
882,604-079

WRITER'S DIRECT DIAL
(212) 326-2017

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

Re:   *US Airways, Inc. v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
      *Expert Testimony and Scheduling Order*

Dear Judge Schofield:

We write for clarification of your June 30, 2015 scheduling order as it relates to the submission of expert testimony. Currently, the order calls for sequential filings, with plaintiff's expert direct testimony due on July 28 and defendants' experts direct testimony three weeks later. The order, however, makes no provision for submission of plaintiff's rebuttal testimony.

We propose that plaintiff's experts be permitted to respond to defendants' experts as part of their live, in-court testimony before the start of cross-examination. Alternatively, we would ask that we be permitted to file written rebuttal testimony three weeks after defendants submit their experts direct, *i.e.,* on September 8, 2015.

Respectfully submitted,

/s/ Andrew J. Frackman

Andrew J. Frackman
*of* O'MELVENY & MYERS LLP

Application GRANTED in part. All direct testimony by expert witnesses will be by affidavit. Any cross or redirect testimony of expert witnesses will be live at trial. The parties each shall file a letter on ECF by July 22, 2015, regarding their views on whether or not the presentation of evidence at trial should be by issue rather than by the entirety of Plaintiff's case followed by the entirety of Defendants' case.

Dated:  July 8, 2015
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE