UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
US AIRWAYS, INC., :
                            Plaintiff, :
 :
         -against- :
 :
SABRE HOLDINGS CORP, et al., :
                          Defendants. :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/15
```

11 Civ. 2725 (LGS)

**SCHEDULING ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by separate letters dated July 9, 2015, the parties proposed alternative schedules for completing interim drafts of the joint submission with proposed findings of fact and conclusions of law required by the Order dated June 30, 2015 (Dkt. No. 314); it is hereby

    **ORDERED** that Defendants' application is DENIED and Plaintiff's application is GRANTED in part as follows:

1. By **July 24, 2015**, the parties shall reach agreement on an initial outline, including general subject matter for each section and subsection for the joint submission.

2. By **August 14, 2015**, the parties shall exchange drafts of their proposed findings of fact and conclusions of law.

3. The parties shall confer and exchange as many drafts as necessary to agree on a joint draft that eliminates all but substantive differences.

4. No later than **September 14, 2015**, the parties shall file a joint document with their proposed findings of fact (each followed by a citation to an exhibit, expert affidavit or the name of a fact witness) and conclusions of law (each followed by legal citations, preferably to reported decisions of the Second Circuit) in point / counterpoint layout with a courtesy copy in Word format sent to the Chambers email address.  It is further

**ORDERED** that any of the deadlines in this Order may be altered by the written consent of all parties without application to the Court, provided that the joint submission with proposed findings of fact and conclusions of law is filed by September 14, 2015.

Dated: July 13, 2015
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**