UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
    US AIRWAYS, INC.,                                     :
                                    Plaintiff,            :
                                                          :
                    -against-                             :
                                                          :
    SABRE HOLDINGS CORP, et al.,                          :
                                    Defendants.           :
---------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/15_____

11 Civ. 2725 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Individual Rule I.C.3 requires a party, among other things, to obtain prior approval from the Court before filing a submission in redacted form or wholly under seal;

WHEREAS, on July 31, 2015, Plaintiff filed a memorandum of law in opposition to Defendants' motion for entry of judgment under seal without prior approval; it is hereby

**ORDERED** that, by **August 7, 2015**, Plaintiff shall submit proposed redactions to its opposition papers along with a letter explaining why the redactions are necessary. Any response to the proposed redactions shall be submitted by **August 11, 2015.** Plaintiff shall comply with Individual Rule I.C.3 going forward. It is further

**ORDERED** that Plaintiff shall submit a courtesy copy of its opposition papers via email to Chambers inbox, copying Defendants, by **August 5, 2015**.

Dated: August 4, 2015
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1