UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
US AIRWAYS, INC.,
                                 Plaintiff,

              -against-

SABRE HOLDINGS CORP, et al.,
                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/15

11 Civ. 2725 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated August 4, 2015, a schedule was set for proposing redactions to Plaintiff's memorandum of law in opposition to Defendants' motion for entry of judgment (the "Opposition Brief");

    WHEREAS, by cover letter hand delivered to Chambers on August 5, 2015, Plaintiff proposed redactions to the Opposition Brief "because it contains material that Sabre had previously insisted be redacted."

    WHEREAS, by cover letter submitted via Chambers inbox on August 5, 2015, Defendants requested additional redactions to information found in footnote 10 of the Opposition Brief.  Defendants assert that the proposed redactions should be accepted because "[t]he information, which quotes verbatim the specific language of the active Sabre – American Airlines contract as well as the 2011 Sabre – US Airways contract, is squarely in line with the type of information that the Court has previously granted redaction of."  It is hereby

    **ORDERED** that the proposed redactions, including the additional redactions proposed by Defendants, are GRANTED.  Plaintiff shall file a redacted version of the Opposition Brief in accordance with this Order by **September 11, 2015**.

Dated: September 9, 2015
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE