USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/15



# O'MELVENY & MYERS LLP

| | Times Square Tower | |
|---|---|---|
| BEIJING | 7 Times Square | SAN FRANCISCO |
| BRUSSELS | New York, New York 10036-6524 | SEOUL |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

September 15, 2015

OUR FILE NUMBER
882,604-079

**BY ECF**

WRITER'S DIRECT DIAL
(212) 326-2017

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

WRITER'S E-MAIL ADDRESS
afrackman@omm.com

Re: *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725-LGS
<u>Briefing Schedule for US Airways' Motion for Leave to Amend</u>

Dear Judge Schofield:

We write in response to the Court's September 10, 2015 order (Dkt. 354) requesting that the parties submit a briefing schedule for US Airways' Motion for Leave to Amend (Dkt. 357, filed September 11, 2015). The parties have agreed that, consistent with the local rules, Sabre's response to the motion will be due no later than September 28 and US Airways' reply will be due no later than October 8.

Dated: September 16, 2015
    New York, New York

Respectfully submitted,

/s/ Andrew J. Frackman

Andrew J. Frackman
of O'MELVENY & MYERS LLP

APPLICATION GRANTED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE