| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>US AIRWAYS, INC.,<br>                            Plaintiff,<br>            -against-<br>SABRE HOLDINGS CORP, et al.,<br>                           Defendants.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/19/16<br><br>11 Civ. 2725 (LGS)<br><br>**ORDER** |

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 11, 2016, Plaintiff filed a letter requesting that: (*i*) Defendants be required to provide the breakdown of its claimed expenses; (*ii*) Plaintiff be given the opportunity to review and critique Defendant's methodology and apportionment; and (*iii*) Plaintiff be permitted to file its third amended complaint in the meantime. It is hereby

      **ORDERED** that Defendants shall provide a breakdown of the claimed amount, and because of work product and confidentiality issues, the submission shall be filed in camera and under seal no later than **January 26, 2016**. Plaintiff's application is otherwise denied. It is further

      **ORDERED** that the remaining deadlines in the Opinion and Order dated December 8, 2015, are adjourned sine die.

Dated: January 19, 2016
       New York, New York

                                                 LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE