UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US Airways, Inc.<br><br>              Plaintiff,<br><br>     v.<br><br>Sabre Holdings Corporation;<br>Sabre GLBL Inc.;<br>Sabre Travel International Limited,<br><br>              Defendants. | Civ. A. No. 1:11-cv-02725-LGS<br><br>ECF Case |

**Notice of Sabre's *Daubert* Motion to Exclude Certain Testimony of Joseph Stiglitz and Daniel McFadden**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Sabre's *Daubert* Motion to Exclude Certain Testimony of Joseph Stiglitz and Daniel McFadden and the Declaration of Steven J. Kaiser in Support of Sabre's *Daubert* Motions, Defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited, by their undersigned attorneys, will and hereby do move this Court for orders excluding portions of Professor Stiglitz's and Professor McFadden's expert testimony.

PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Court, opposing papers, if any, must be received by June 10, 2016 per the Court's prior order, ECF No. 384.

DATED: May 13, 2016

Chris Lind
Andrew MacNally
Rebecca T. Horwitz
BARTLIT BECK HERMAN PALENCHAR &
  SCOTT LLP
Courthouse Place
54 West Hubbard
Chicago, IL 60654
Phone:  (312) 494-4400
Fax:  (312) 494-4440
chris.lind@bartlit-beck.com
andrew.macnally@bartlit-beck.com
rebecca.horwitz@bartlit-beck.com


Karma M. Giulianelli
Sean C. Grimsley
Jason C. Murray
BARTLIT BECK HERMAN PALENCHAR &
  SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Phone:  (303) 592-3100
Fax:  (303) 592-3140
karma.giulianelli@bartlit-beck.com
sean.grimsley@bartlit-beck.com
jason.murray@bartlit-beck.com

Respectfully submitted,

*/s/ Steven J. Kaiser*
George S. Cary
Steven J. Kaiser
Kenneth Reinker
Bradley Justus
Carl Lawrence Malm
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 974-1500
Fax:  (202) 974-1999
gcary@cgsh.com
skaiser@cgsh.com
kreinker@cgsh.com
bjustus@cgsh.com
lmalm@cgsh.com

Lev Dassin
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
One Liberty Plaza
New York, NY 10006
Phone:  (212) 225-2000
Fax:  (212) 225-2999
ldassin@cgsh.com


*Attorneys for Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel Int'l Ltd*