UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>SABRE HOLDINGS CORPORATION; SABRE GLBL INC.; and SABRE TRAVEL INTERNATIONAL LIMITED,<br><br>    Defendants. | Case No. 1:11-cv-02725-LGS<br><br>**US AIRWAYS' NOTICE OF MOTION TO SUBSTITUTE AMERICAN AIRLINES, INC. FOR US AIRWAYS, INC. AS PLAINTIFF AND REAL-PARTY-IN-INTEREST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(C)** |

  PLEASE TAKE NOTICE that US Airways, Inc., through its undersigned counsel and upon the accompanying Memorandum of Law and supporting Declaration of Charles P. Diamond, hereby moves this Court pursuant to Federal Rule of Civil Procedure 25(c) for an order substituting American Airlines, Inc. for US Airways, Inc. as the plaintiff and real-party-in-interest in the above-captioned matter.

Dated: January 9, 2017
    Los Angeles, California

O'MELVENY & MYERS LLP

By: /s/ Charles P. Diamond

Charles P. Diamond (*pro hac vice*)
Andrew J. Frackman
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
cdiamond@omm.com
afrackman@omm.com

*Counsel for Plaintiff US Airways, Inc. and Proposed Plaintiff American Airlines, Inc.*