UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC.,<br>for AMERICAN AIRLINES, INC.,<br>as Successor and Real Party in Interest,<br><br>        Plaintiff,<br><br>    v.<br><br>SABRE HOLDINGS CORP.,<br>SABRE GLBL INC. and<br>SABRE TRAVEL INTERNATIONAL<br>LTD.,<br><br>        Defendants. | Civ. A. No. 1:11-cv-02725-LGS |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Sabre Holdings Corp., Sabre GLBL Inc. and Sabre Travel International Ltd. (collectively, "Sabre") hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on March 22, 2017 (ECF No. 885), and from all associated orders and opinions, including without limitation the Opinion and Order on Sabre's Motion for Judgment as a Matter of Law on Count I or in the Alternative for a New Trial on Count I, entered on March 21, 2017 (ECF No. 882).

Dated:  April 5, 2017

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Evan R. Chesler
Evan R. Chesler
Peter T. Barbur
Kevin J. Orsini
Rory A. Leraris

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
pbarbur@cravath.com
korsini@cravath.com
rleraris@cravath.com


George S. Cary
Steven J. Kaiser
Kenneth Reinker
Carl Lawrence Malm
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500


Lev Dassin
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000


Chris Lind
Andrew MacNally
Rebecca T. Horwitz
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard
Chicago, IL  60654
(312) 494-4400

        Karma M. Giulianelli
        Sean C. Grimsley
        Jason C. Murray
        Joseph W. Doman
        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
        1899 Wynkoop Street, 8th Floor
        Denver, Colorado  80202
        (303) 592-3100

*Attorneys for Defendants Sabre Holdings Corp., Sabre GLBL Inc. and Sabre Travel International Ltd.*

TO:

ALL COUNSEL OF RECORD VIA ECF