

| | | |
|---|---|---|
| O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | T: +1 212 326 2000<br>F: +1 212 326 2061<br>omm.com | 0882604-79 |

November 14, 2019

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:     **_US Airways, Inc. v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS_**

Dear Judge Schofield:

I write with respect to the Court's November 4, 2019 order (docket number 927). The parties jointly propose the following schedule of next steps:

1. **Amended Answer / Motion to Dismiss**

   a. <u>January 17</u>: Sabre will file its Amended Answer re Section 2 claims or a Motion to Dismiss. Any response to a Motion to Dismiss will be due February 14, 2020, and any Reply due February 28, 2020.

2. **Fact Discovery cut-off:  August 14, 2020**

   a. <u>March 2, 2020</u>:  Parties will identify any witnesses from the 2016 trial who may be unavailable to testify in the retrial. Such identification is not an agreement by the party that a further deposition of any such witness is warranted.

   b. Fact depositions, if any, to occur after March 2, 2020.

3. **Expert Discovery cut-off:  February 12, 2021**

   a. <u>August 14, 2020</u>:  Opening expert reports.

   b. <u>November 13, 2020</u>:  Rebuttal expert reports.

   c. <u>December 15, 2020</u>:  Reply expert reports.

4. **Summary Judgment**

   a. <u>February 26, 2021</u>:  Opening briefs.

   b. <u>March 31, 2021</u>:  Opposition briefs.

   c. <u>April 19, 2021</u>:  Reply briefs.

5. ***Daubert* Motions and Motions *in Limine***:  Date to be determined.

6. **Trial**:  Date to be determined.



The parties disagree as to whether Sabre may move to dismiss US Airways' Section 2 claim, and will be prepared to address their positions during the November 19, 2019 conference.  If a motion to dismiss is permitted, the parties have agreed to the briefing schedule above.

The parties also expect to have disagreement about the permissibility and scope of further fact and expert discovery.  To the extent such discovery is permitted, the parties have agreed to the dates outlined above.  The parties believe, however, that any such discovery-related disputes should be addressed at a later date after they exchange more information about the specific discovery they each seek and the specific subjects on which any party seeks to supplement its expert disclosures, which the parties intend to address as early in the process as possible.

Respectfully submitted,

*/s/ Andrew J. Frackman*

Andrew J. Frackman
*of O'Melveny & Myers LLP*