```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
US AIRWAYS, INC.,                                           :
                                    Plaintiff,              :
                                                            :
              -against-                                     :
                                                            :
SABRE HOLDINGS CORPORATION, ET AL.,                         :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

11 Civ. 2725 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on November 19, 2019. It is hereby

**ORDERED** that, for reasons discussed at the conference, the parties shall confer and seek to agree on a third-party facilitator to assist the parties in a settlement of this case and any related matters. The parties shall file a letter by **December 3, 2019,** informing the Court of the status of those discussions. It is further

**ORDERED** that, by **December 6, 2019,** Defendants shall file a pre-motion letter regarding their motion to dismiss. By **December 20, 2019,** Plaintiff shall file a letter responding to Defendants' arguments, including whether Plaintiff seeks to replead claims in a Fourth Amended Complaint to address Defendants' arguments. Plaintiff shall file the Fourth Amended Complaint by **January 17, 2020**. The pre-motion letters may not exceed three pages single-spaced and shall comply with Individual Rule III.A.1. It is further

**ORDERED** that, unless the Fourth Amendment Complaint obviates the need for the motion to dismiss, the motion shall be filed by **February 25, 2020**. The opposition shall be filed by **March 24, 2020**. The reply shall be filed by **April 7, 2020**. The parties shall comply with the Court's Individual Rules including on page limits and courtesy copies. It is further

**ORDERED** that, in accordance with the case management plan, which will follow separately, fact and expert discovery will both close on **November 19, 2020**. Joint status letters will be due every 45 days, with the first due on **March 4, 2020**, and then every 45 days thereafter.

Dated: November 19, 2019
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**