UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

US AIRWAYS, INC., FOR AMERICAN
AIRLINES, INC., AS SUCCESSOR AND
REAL PARTY IN INTEREST,

    Plaintiff,

-against-

SABRE HOLDINGS CORPORATION;
SABRE GLBL INC.; and
SABRE TRAVEL INTERNATIONAL
LIMITED,

    Defendants.

Civil Action No. 1:11-cv-02725 (LGS)

SO ORDERED. The parties are advised that the Court retains discretion whether to afford confidential treatment to any information subject to the Amended Protective Order -- even if filed under seal by the parties -- in Orders and Opinions.

Dated: March 9, 2020
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## STIPULATION AND [PROPOSED] PROTECTIVE ORDER

Upon stipulation and agreement of the parties, through their undersigned counsel, IT IS HEREBY ORDERED upon a finding of good cause, that in light of the passage of time since the 2016 trial and prior discovery period, the November 28, 2012 Amended Protective Order (Dkt. No. 123) ("Amended Protective Order") is amended to allow two in-house counsel designees from each party to access all of the material that the parties previously produced pursuant to the Amended Protective Order. US Airways designates Bruce Wark and Donald Broadfield, Jr. Sabre designates Aimee Williams-Ramey and Jane Ann Neiswender. These designations are effective immediately upon entry of this order.

Dated: March 4, 2020

By: /s/ Andrew J. Frackman

Andrew J. Frackman
Edward N. Moss
Mia N. Gonzalez
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
    emoss@omm.com
    mgonzalez@omm.com


Ian Simmons (admitted *pro hac vice*)
Katrina M. Robson (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Fax: (202) 383-5414
Email: isimmons@omm.com
    krobson@omm.com

*Counsel for Plaintiff US Airways, Inc.,
for American Airlines, Inc., as Successor
and Real Party in Interest*

By: /s/ Chris Lind

Chris Lind
Andrew MacNally
BARTLIT BECK LLP
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
chris.lind@bartlitbeck.com
andrew.macnally@bartlitbeck.com


Karma M. Giulianelli
Sean C. Grimsley
Jason C. Murray
Joe Doman
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, Colorado 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
karma.giulianelli@bartlitbeck.com
sean.grimsley@bartlitbeck.com
jason.murray@bartlitbeck.com
joe.doman@bartlitbeck.com

*Counsel for Defendants Sabre Holdings
Corporation, Sabre GLBL Inc., and Sabre
Travel International Limited*


SO ORDERED, this ___ day of _____ 2020.


_____
Lorna G. Schofield
United States District Judge

Dated: March 4, 2020

By: /s/ Andrew J. Frackman

Andrew J. Frackman
Edward N. Moss
Mia N. Gonzalez
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
  emoss@omm.com
  mgonzalez@omm.com

Ian Simmons (admitted *pro hac vice*)
Katrina M. Robson (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Fax: (202) 383-5414
Email:isimmons@omm.com
  krobson@omm.com

*Counsel for Plaintiff US Airways, Inc., for American Airlines, Inc., as Successor and Real Party in Interest*

By: /s/ Chris Lind

Chris Lind
Andrew MacNally
BARTLIT BECK LLP
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
chris.lind@bartlitbeck.com
andrew.macnally@bartlitbeck.com

Karma M. Giulianelli
Sean C. Grimsley
Jason C. Murray
Joe Doman
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, Colorado 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
karma.giulianelli@bartlitbeck.com
sean.grimsley@bartlitbeck.com
jason.murray@bartlitbeck.com
joe.doman@bartlitbeck.com

*Counsel for Defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited*

SO ORDERED, this ___ day of _____ 2020.

_____
Lorna G. Schofield
United States District Judge