

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

October 1, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The parties shall file their joint status letter by **October 9, 2020**.
>
> Dated: October 2, 2020
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
**Request for Extension of Time**

Dear Judge Schofield:

The parties have conferred and we write to request an extension of time until October 9, 2020 to file the parties' joint status letter, which is currently due on October 4, 2020 (Dkt. No. 971). No prior request for this relief has been requested.

Respectfully submitted,

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc: Counsel for Sabre (via ECF)