

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

**Andrew J. Frackman**  
D: +1 212 326 2017  
afrackman@omm.com

December 8, 2020

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield  
United States District Court  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

  Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*  
    <u>**Joint Status Letter**</u>

Dear Judge Schofield:

  The parties are preparing for a mediation scheduled for January 6, 2021, and the Court conference on January 14, 2021. The parties have exchanged emails about open discovery matters, and will report to the Court as necessary if any of them require judicial involvement.

           Respectfully submitted,

           Andrew J. Frackman  
           of O'MELVENY & MYERS LLP  
           *for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc: Counsel for Sabre (via ECF)