

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

Andrew J. Frackman
D: +1 212 326 2017
afrackman@omm.com

December 8, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The parties shall file a joint letter within two business days upon completion of mediation scheduled for January 6, 2021, apprising the Court of the outcome of mediation. The letter shall also include a summary of issues to discuss at the January 14, 2021, conference.
>
> Dated: December 9, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:   *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
**Joint Status Letter**

Dear Judge Schofield:

The parties are preparing for a mediation scheduled for January 6, 2021, and the Court conference on January 14, 2021. The parties have exchanged emails about open discovery matters, and will report to the Court as necessary if any of them require judicial involvement.

Respectfully submitted,

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc:   Counsel for Sabre (via ECF)