UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
US AIRWAYS, INC., :
                          Plaintiff, :
:   11 Civ. 2725 (LGS)
       -against- :
:   <u>ORDER</u>
SABRE HOLDINGS CORP., et al., :
                     Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is **ORDERED** that the pre-motion conference scheduled for January 14, 2021, at 10:50 a.m., is adjourned to **January 14, 2021, at 11:05 a.m.**, and will be held on the following conference line: (888) 363-4749, access code 558-3333.  The conference time is approximate, but the parties shall be ready to proceed at that time.

Dated:  January 11, 2021
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**