UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
US AIRWAYS, INC.,
                            Plaintiff,

                            11 Civ. 2725 (LGS)

         -against-

                            ORDER

SABRE HOLDINGS CORP., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held today to discuss Defendants' proposed motion for partial summary judgment on Plaintiff's claims for injunctive relief (Dkt. No. 954);

      WHEREAS, at the conference, Plaintiff represented that it no longer intends to seek injunctive relief. For the reasons stated at the conference, it is hereby

      **ORDERED** that the parties shall meet and confer and by **January 21, 2021**, shall file a joint letter proposing any changes to the Second Amended Case Management Plan ("CMP") at Dkt. No. 971, including deadlines for dispositive motions, and a proposed trial date. It is further

      **ORDERED** that by **January 28, 2021**, Plaintiff shall file a request for leave to amend its Fourth Amended Complaint for the sole purpose of removing claims for injunctive relief, and attaching a redline comparison that reflects the proposed changes.

Dated: January 14, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE