

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

April 5, 2021

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   ***US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in
> Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS***
> <u>**Joint Status Letter**</u>

Dear Judge Schofield:

   We write to provide a status update pursuant to the Court's Third Amended Case
Management Plan (Dkt. No. 991).

   Since our February 4 status update (Dkt. No.1006), the parties have done the following:

- On February 23, 2021, US Airways served its new expert reports and related
materials on Sabre.  Sabre's replies are due on May 24.

- On March 26, 2021, US Airways produced certain categories of data in
response to Sabre's December 29, 2020 requests for production and pursuant
to the Court's March 23, 2021 order (Dkt. No. 1012). Sabre is currently
reviewing that production.

- On April 2, 2021, US Airways renewed its request that Sabre disclose which
2016 trial witnesses will be available to testify in the April 25, 2022 re-trial, and
reiterated the need for trial preservation depositions for witnesses who will not
be able to appear live.  Sabre intends to respond shortly.

   At this time, there are no issues requiring judicial intervention.  The parties will continue
to meet and confer, as needed, and will promptly raise any issues to the Court that we cannot
resolve.

O'Melveny

Respectfully submitted,

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as*
*Successor and Real Party in Interest*

cc:     Counsel for Sabre (via ECF)