AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| US Airways, Inc. *Plaintiff* | ) ) |
| v. | ) Case No. 1:11-cv-02725 (LGS) |
| Sabre Holdings Corporation, et al. *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sabre Holdings Corporation; Sabre Inc.; Sabre GLBL Inc; Sabre Travel International Limited.

Date: 7/7/2021

/s/ Boris Bershteyn
*Attorney's signature*

Boris Bershteyn; BB9083
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
*Address*

boris.bershteyn@skadden.com
*E-mail address*

(212) 735-3834
*Telephone number*

(917) 777-3834
*FAX number*