IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Airways, Inc., for American Airlines, Inc., as Successor and Real Party in Interest,<br><br>        Plaintiff,<br><br>  v.<br><br>Sabre Holdings Corp., Sabre GLBL Inc., and Sabre Travel Int'l Ltd.<br><br>        Defendants. | Civ. A. No. 1:11-cv-02725-LGS |

## <u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL</u>

PLEASE TAKE NOTICE THAT defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited (collectively, "Sabre") are no longer represented by Bartlit Beck LLP. Accordingly, pursuant to Local Rule 1.4, Sabre respectfully moves this Court for an order withdrawing the following attorneys from Bartlit Beck LLP as counsel of record for Sabre: Andrew C. MacNally, Andrew K. Polovin, Anastasiya Maione, Brian C. Swanson, Christopher J. Lind, Jason C. Murray, Joseph Doman, Karma M. Giulianelli, Katherine Hacker, Katherine M. Swift, Rebecca T. Horwitz, Sean C. Grimsley, and Sundeep K. Addy. In support of this motion and in conformance with Local Rule 1.4, the undersigned counsel states as follows:

1. Bartlit Beck LLP no longer represents Sabre in the above captioned litigation.

2. Skadden, Arps, Slate, Meagher & Flom LLP has entered its appearance as lead counsel for Sabre.

3.      The parties are currently conducting expert discovery and the case is set to begin trial on April 25, 2022.  No party will suffer any prejudice by the withdrawal of Bartlit Beck LLP from this litigation.

4.      No retaining or charging lien is being asserted.

5.      Sabre consents to Bartlit Beck LLP's withdrawal as counsel of record.

6.      A copy of this filing has been served on Sabre and all other parties to the litigation.

Respectfully submitted,

July 7, 2021

*/s/  Patrick Fitzgerald*
Patrick Fitzgerald
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, IL  60606-1720
Telephone: (312) 407-0700
patrick.fitzgerald@skadden.com

Steven C. Sunshine
Tara L. Reinhart (*pro hac* motion
forthcoming)
Julia K. York (*pro hac* motion forthcoming)
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue NW
Washington, DC  20005-2111
Telephone: (202) 371-7000
steve.sunshine@skadden.com
tara.reinhart@skadden.com
julia.york@skadden.com

Boris Bershteyn
Evan R. Kreiner
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
One Manhattan West
New York, NY  10001-8602
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
evan.kreiner@skadden.com

*Counsel for Sabre*