UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SABRE HOLDINGS CORP., <br> SABRE GLBL INC., and <br> SABRE TRAVEL INT'L LTD., <br><br> Defendants. | Civil Action No. 1:11-cv-02725-LGS <br><br> ECF Case |

**NOTICE OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. ROSA ABRANTES-METZ**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' *Daubert* Motion to Exclude Certain Testimony of Dr. Rosa Abrantes-Metz; Declaration of Robert Topel in Support of Defendants' *Daubert* Motion, along with the exhibit attached thereto; and Declaration of Evan Kreiner in Support of Defendants' *Daubert* Motion, along with the exhibits attached thereto, Defendants Sabre Holdings Corp., Sabre GLBL Inc., and Sabre Travel International Ltd. (collectively, "Sabre"), by and through their undersigned attorneys, will and hereby do move this Court for an order excluding portions of Dr. Rosa Abrantes-Metz's expert testimony.

In accordance with the Court's September 14, 2021 order (EFC No. 1033), moving papers shall be filed on September 17, 2021, opposition papers are due by October 15, 2021, and replies are due by October 29, 2021. Also in accordance with the Court's September 14, 2021 order (ECF No. 1033), all briefing and supporting materials related to this *Daubert* motion will be provisionally filed under seal.

DATED: September 17, 2021
       Chicago, Illinois

Respectfully submitted,

/s/ *Patrick Fitzgerald*
Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 407-0508
patrick.fitzgerald@skadden.com

Steven C. Sunshine
Tara L. Reinhart (admitted *pro hac vice*)
Julia K. York (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7860
steve.sunshine@skadden.com
tara.reinhart@skadden.com
julia.york@skadden.com

Boris Bershteyn
Evan R. Kreiner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
boris.bershteyn@skadden.com
evan.kreiner@skadden.com

*Counsel for Sabre Holdings Corporation*, *Sabre GLBL Inc.*, and *Sabre Travel International Ltd.*