UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

U.S. AIRWAYS, INC., 

               Plaintiff,

-against-

SABRE HOLDINGS CORP., et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:11-cv-2725 (LGS)

**MOTION TO BE TERMINATED FROM ECF SERVICE LIST**

PLEASE TAKE NOTICE that Sidley Austin LLP, counsel for Amicus United Airlines, Inc. hereby moves this Court to terminate Gerard D. Kelly, James O. Heyworth, and Jamie M. Sadler from the ECF service lists in the above-captioned action.

Dated: Chicago, Illinois
February 1, 2022

By: */s/Gerard D. Kelly*
Gerard D. Kelly *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
gkelly@sidley.com

*Attorneys for Amicus United Airlines Inc.*

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate Gerard Kelly's, James Heyworth's, and Jamie Sadler's ECF notifications and to close the motion at Dkt. No. 1074.

Dated: February 2, 2022
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE