

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

February 16, 2022

> Application **GRANTED**.  The parties may file any Daubert motions provisionally under seal.  Any related motion to seal shall be filed by **April 7, 2022**, and shall comply with the Court's Individual Rule I.D.
>
> Dated: February 17, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725-LGS
**Uncontested Request Regarding Sealing *Daubert* and *in Limine* Motions**

Dear Judge Schofield:

We submit this joint letter on behalf of the parties regarding the upcoming *Daubert* and *in limine* motion filings.  As the Court may recall, the motions are due February 18, with oppositions due March 7, and *Daubert* replies due March 17 (ECF No. 992).  The parties respectfully request that they be permitted to provisionally file under seal any briefing and supporting documents in support of these motions that reflect material designated under the operative Protective Order (ECF No. 123).  The parties further request that any party or third-party motions to seal would be due on April 8.  Allowing these papers to be filed provisionally under seal will provide the parties with adequate time to meet and confer, both with each other and any third parties, regarding the material designated under the Protective Order, and to propose minimally redacted public filings.

Respectfully submitted,

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc: Counsel for Sabre (via ECF)