UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
US AIRWAYS, INC., FOR AMERICAN                                 :
AIRLINES, INC., AS SUCCESSOR AND REAL                          :
PARTY IN INTEREST,                                             :           11 Civ. 2725 (LGS)
                                Plaintiff,                       :
                                                               :                 ORDER
                  -against-                              :
                                                               :
SABRE HOLDINGS CORPORATION, ET AL.,                            :
                                Defendants.                     :
                                                               :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 16, 2022, the parties filed a joint letter including a list of likely trial witnesses.  (Dkt. No. 1082.)

    WHEREAS, the Court has reviewed the parties' proposal.  It is hereby

    **ORDERED** that, based on the Court's experience in the prior trial, the elimination of the two-sided-market issue for the jury and addition of one cause of action, and the constraints of the pandemic and the Court's schedule, the parties shall plan on a time limit of 32 hours per side for opening statements and all testimony, including direct, cross, redirect and any time counsel is speaking.  Redirect generally will not be permitted except in unusual circumstances.  It is further

    **ORDERED** that, contingent upon a courtroom assignment and trial date, the parties shall be prepared for an **April 25, 2022**, voir dire, with questionnaires in advance.  During the trial, the parties shall be prepared for the jury to sit Monday to Thursday from 10:00 a.m. to 4:30 p.m., except federal holidays, with five hours of testimony each day.  The Court will not permit sidebars or jury questions as in the prior trial.

    All of the foregoing is contingent on a courtroom assignment during the ongoing pandemic.

Dated: February 18, 2022
       New York, New York

LORNA G. SCHOFIELD<br>
UNITED STATES DISTRICT JUDGE