```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
US AIRWAYS, INC., FOR AMERICAN                                :
AIRLINES, INC., AS SUCCESSOR AND REAL                         :
PARTY IN INTEREST,                                            :      11 Civ. 2725 (LGS)
                                   Plaintiff,                 :
                                                              :              ORDER
              -against-                                       :
                                                              :
SABRE HOLDINGS CORPORATION, ET AL.,                           :
                                   Defendants.                :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 3, 2022, the Court received confirmation of a courtroom assignment and trial date.  It is hereby

**ORDERED** that, by **March 28, 2022**, the parties shall file a proposed jury questionnaire and shall email Schofield_NYSDChambers@nysd.uscourts.gov with a Word version of the document.  It is further

**ORDERED** that, pursuant to the Court's January 25, 2021, Order, by **March 31, 2022**, the parties shall file their joint proposed requests to charge, voir dire and verdict sheet and shall email Schofield_NYSDChambers@nysd.uscourts.gov with Word versions of the submissions.  The proposed voir dire should not include the same questions as the proposed jury questionnaire.  Any disagreements shall be reflected by including both parties' language and identifying the parties' respective positions (for example one in italics and the other by underline).  To the extent a party's proposal requires explanation or legal justification, it shall be included in a footnote.  No pretrial memoranda will be accepted without leave of court. (Dkt. No. 992.)  It is further

**ORDERED** that, pursuant to the Court's January 25, 2021, Order, the final pretrial order shall be filed by **March 31, 2022**.  (Dkt. No. 992.)  It is further

**ORDERED** that the parties shall submit a digital copy of their trial exhibits by **April 7, 2022**,

and shall email Schofield_NYSDChambers@nysd.uscourts.gov for a link to upload them.  The exhibits shall be pre-marked and in PDF format.  The exhibits shall be accompanied by an exhibit list, with hyperlinks (if possible) to the exhibits.  It is further

    **ORDERED** that the final pretrial conference scheduled for **April 14, 2022, at 10:50 a.m.**, will take place via video conference at a link to be provided by the Court one-week before the conference.  It is further

    **ORDERED** that the jury questionnaire will be administered on **April 14, 2022**, by the Court's Jury Department.  The questionnaires will be sent to the parties the following business day.  By **April 19, 2022, at 5:00 p.m.**, the parties shall file a joint letter identifying their challenges for cause and who in each instance is challenging.  It is further

    **ORDERED** that the parties shall make arrangements with Courtroom Deputy James Street to test their AV equipment in advance of trial.  It is further

    **ORDERED** that the trial will commence with voir dire on **April 22, 2022, at 10:00 a.m.** and, if possible, opening statements immediately will follow.  Testimony will commence on April 25, 2022.

Dated: March 3, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE