SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001-8602

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2491
DIRECT FAX
917-777-2491
EMAIL ADDRESS
Evan.Kreiner@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

March 16, 2022

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:   *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725
             Stipulated Agreement on Schedule Regarding US Airways'
             <u>New Technology Expert, Timothy O'Neil-Dunne</u>

Dear Judge Schofield:

      Pursuant to the Court's order (ECF No. 1077), we write jointly on behalf of the parties in the above-captioned case to submit to the Court the parties' proposed schedule for any *Daubert* briefing and supplemental expert reports related to USAir's new technology expert, Timothy O'Neil-Dunne. The parties have agreed to the following schedule:

1. Any *Daubert* motion to exclude the testimony of Timothy O'Neil-Dunne shall be filed by **March 30**; any opposition brief shall be filed by **April 13**; any reply brief shall be filed by **April 18**.

Hon. Lorna G. Schofield
March 16, 2022
Page 2

2. Any supplemental expert report responding to Timothy O'Neil Dunne's expert report shall be served by **March 30**; any reply supplemental expert report shall be served by **April 14**.

Respectfully submitted,

Dated: March 16, 2022

/s/ Andrew J. Frackman
Andrew J. Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: (212) 326-2017
Fax: (212) 326-2061
afrackman@omm.com

*Counsel for Plaintiff*

/s/ Evan Kreiner
Evan Kreiner
SKADDEN ARPS SLATE MEAGHER AND FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
evan.kreiner@skadden.com

*Counsel for Defendants*