SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001-8602

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2491
DIRECT FAX
917-777-2491
EMAIL ADDRESS
Evan.Kreiner@SKADDEN.COM

Application **GRANTED in part**. The motion to exclude Dr. Timothy O'Neil-Dunne shall be briefed according to the following schedule:  by **March 25, 2022**, any opening brief shall be filed, not to exceed ten pages; by **April 4, 2022**, any opposition shall be filed, not to exceed ten pages; and by **April 8, 2022**, any reply brief shall be filed, not to exceed five pages.  The Court adopts the parties' proposed deadlines for any supplemental reports.

Dated:  March 17, 2022
         New York, New York

*[signature]*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> RE:  *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725
>       Stipulated Agreement on Schedule Regarding US Airways'
>       <u>New Technology Expert, Timothy O'Neil-Dunne</u>

Dear Judge Schofield:

Pursuant to the Court's order (ECF No. 1077), we write jointly on behalf of the parties in the above-captioned case to submit to the Court the parties' proposed schedule for any *Daubert* briefing and supplemental expert reports related to USAir's new technology expert, Timothy O'Neil-Dunne.  The parties have agreed to the following schedule:

1. Any *Daubert* motion to exclude the testimony of Timothy O'Neil-Dunne shall be filed by **March 30**; any opposition brief shall be filed by **April 13**; any reply brief shall be filed by **April 18**.

Hon. Lorna G. Schofield
March 16, 2022
Page 2

2. Any supplemental expert report responding to Timothy O'Neil Dunne's expert report shall be served by **March 30**; any reply supplemental expert report shall be served by **April 14**.

                                                                         Respectfully submitted,

Dated: March 16, 2022

| /s/ Andrew J. Frackman | /s/ Evan Kreiner |
|---|---|
| Andrew J. Frackman | Evan Kreiner |
| O'MELVENY & MYERS LLP | SKADDEN ARPS SLATE MEAGHER AND FLOM LLP |
| Times Square Tower | |
| 7 Times Square | One Manhattan West |
| New York, NY 10036-6537 | New York, New York 10001-8602 |
| Telephone: (212) 326-2017 | Telephone: (212) 735-3000 |
| Fax: (212) 326-2061 | Fax: (212) 735-2000 |
| afrackman@omm.com | evan.kreiner@skadden.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |