UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., FOR AMERICAN AIRLINES, INC., AS SUCCESSOR AND REAL PARTY IN INTEREST,<br><br>Plaintiff,<br><br>-against-<br><br>SABRE HOLDINGS CORPORATION; SABRE GLBL INC.; and SABRE TRAVEL INTERNATIONAL LIMITED,<br><br>Defendants. | Civ. A. No. 1:11-cv-02725-LGS<br><br>ECF Case |

**~~[PROPOSED]~~ STIPULATED PRETRIAL AGREEMENT ON PREVIOUSLY ADMITTED EXHIBITS**

WHEREAS, the parties agree that it is preferable to narrow the scope of evidentiary objections at issue for the upcoming re-trial and avoid burdening the Court with disputes over exhibits that were admitted into evidence at the first trial.

NOW, THEREFORE, it is HEREBY STIPULATED by and among the parties that:

1. Exhibits previously admitted during the 2016 trial that are listed on either US Airways' or Sabre's 2022 exhibit lists are deemed admitted for the retrial.

2. The parties agree that any objections made in connection with the 2016 trial regarding the exhibits subject to this Stipulation are preserved for purposes of any appeal.

3. The parties may seek relief from the provisions of this Stipulation where good cause is shown.

So Ordered.

Dated:  March 31, 2022
         New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: March 30, 2022

*/s/ Andrew J. Frackman*
Andrew J. Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: (212) 326-2017
Fax: (212) 326-2061
afrackman@omm.com

*Counsel for Plaintiff*

Respectfully Submitted,

*/s/ Boris Bershteyn*
Boris Bershteyn
SKADDEN ARPS SLATE MEAGHER AND FLOM LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
boris.bershteyn@skadden.com

*Counsel for Defendants*