UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
US AIRWAYS, INC., FOR AMERICAN                :
AIRLINES, INC., AS SUCCESSOR AND REAL         :
PARTY IN INTEREST,                            :        11 Civ. 2725 (LGS)
                              Plaintiff,      :
                                              :             ORDER
            -against-                         :
                                              :
SABRE HOLDINGS CORPORATION, ET AL.,           :
                              Defendants.     :
                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 31, 2022, the Court entered the parties' Stipulated Pretrial

Agreement on Previously Admitted Exhibits (the "Stipulation").  (Dkt. No. 1140.)

        WHEREAS, on March 31, 2022, the parties filed the joint Final Pre-Trial Order, which

includes the parties' proposed exhibits and notations on whether each exhibit is contested.  (Dkt.

No. 1145.)  It is hereby

        **ORDERED** that, by **April 1, 2022**, the parties shall file a joint letter explaining how, if at

all, the proposed exhibit lists reflect the Stipulation to abide by rulings in the prior trial to admit

or exclude documents.  If the proposed exhibit lists do not reflect which documents require

rulings, the parties shall file amended exhibit lists by **April 5, 2022**.

Dated: April 1, 2022
        New York, New York

                                        _____
                                              **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**