# BLANKROME

1271 Avenue of the Americas | New York, NY 10020

**Mara B. Levin | Partner**
Landline: (212) 885-5292
Mobile: (917) 656-4656
Fax: (917) 332-3778
Email:  mara.levin@blankrome.com

April 4, 2022

<u>Via ECF</u>

Judge Lorna G. Schofield
United States District Court
Courthouse
40 Foley Square
New York, New York 10007

    Re:    US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corporation et al - Case 1:11-cv-02725-LGS

Dear Judge Schofield:

    This firm represented Lawyers Travel Service a/k/a Ovation Travel in connection with a third-party subpoena served upon it prior to trial. This firm has no ongoing interest in this action.

    The undersigned respectfully requests to be removed from docket 1:11-cv-02725-LGS. We request that this Court direct the Clerk of the Court of remove the undersigned from the docket and list of attorneys to be noticed in this matter on the Case's Case Management Electronic Case Files (CM/ECF) system.

    Respectfully yours,

    /s/ *Mara B. Levin*

    Mara B. Levin

cc: All Counsel (via ECF)

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate Mara Levin's receipt of ECF notifications.

Dated: April 5, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE