UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
US AIRWAYS, INC., FOR AMERICAN :
AIRLINES, INC., AS SUCCESSOR AND REAL :
PARTY IN INTEREST, : 11 Civ. 2725 (LGS)
                Plaintiff, :
: ORDER
       -against- :
:
SABRE HOLDINGS CORPORATION, ET AL., :
              Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Final Pre-Trial Conference (the "Conference") is scheduled for April 19, 2022, at 3:00 p.m., via Zoom.  (Dkt. No. 1134.)

     WHEREAS, the Court requests that only counsel who intend to speak, or up to three people per side, whichever is larger, attend the Conference via Zoom at the link provided by the Court.  It is hereby

     **ORDERED** that the parties' additional representatives and members of the press and public may dial-in to the Conference on the following line:  888-363-4749, access code: 5583333.

Dated: April 18, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE