# Skadden, Arps, Slate, Meagher & Flom LLP

155 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-1720
———
TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0508
DIRECT FAX
(312) 827-9320
EMAIL ADDRESS
PATRICK.FITZGERALD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

April 19, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> RE: *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725, Sabre's Response to the Court's April 11, 2022 Order

Dear Judge Schofield:

In connection with the Court's order dated April 11, 2022 (ECF No. 1165) (the "April 11 Order") and in anticipation of the April 19, 2022 Final Pretrial Conference, Sabre writes to clarify positions related to some of the exhibits identified in USAir's April 14 letter.

USAir identified DX-408 as an exemplar, but that document had been dropped from Sabre's Third Amended Exhibit list the evening prior, so there is no longer any dispute as to that document. With regard to DX-186, as Sabre explained in its April 14 letter, it does not intend to offer DX-186 unless USAir puts its subjective state of mind at issue. Additionally, Sabre intends to drop from its exhibit list the following exhibits that were identified by USAir: DX-428 and DX-3548. But Sabre continues to press for the admission of DX-1326.

Sabre hopes that raising the above items to the Court in advance of the Pretrial Conference will limit the disputes presented to the Court.

Hon. Judge Schofield
April 19, 2022
Page 2

                                                                                                              Respectfully submitted,

                                                                                                           */s/ Patrick Fitzgerald*
                                                                                                            Patrick Fitzgerald

cc:  Counsel for US Airways, Inc., via ECF