## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720
———
TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0508
DIRECT FAX
(312) 827-9320
EMAIL ADDRESS
PATRICK.FITZGERALD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 11, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:    *US Airways, Inc. v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725,
                <u>Rule 50 Motion Procedure</u>

Dear Judge Schofield:

      Sabre writes regarding a motion under Federal Rule of Civil Procedure 50(a), which Sabre initially raised on May 2, 2022, one day before USAir rested its case on May 3, 2022.  At that time, the Court did not require Sabre to formally present its motion, but rather, deemed the motion to have been made and reserved until a later date.  (*See* Trial Tr. 1180:7-12.)  As trial is nearing its conclusion, Sabre would like to remind the Court that it intends to move for judgment as a matter of law in light of the evidence adduced at trial.  Sabre understands that under Federal Rule of Civil Procedure 50(a)(2), its motion "must specify the judgment sought and the law and facts that entitle the movant to the judgment."  As Sabre is also mindful of the Court's interest in facilitating an efficient use of the jury's time, Sabre writes seeking clarity on the Court's preferred procedure for any Rule 50(a) motion, so that Sabre can be sure to preserve its arguments for a potential Rule 50(b) motion.  As in the last trial, Sabre is ready to present the grounds for any Rule 50(a) motion orally, although it understands that Your Honor may prefer to continue to hold the matter in reserve as indicated on May 2, 2022.

      Sabre respectfully requests that the Court advise as to how it would like to proceed.

Hon. Lorna G. Schofield
May 11, 2022
Page 2

                                                  Respectfully submitted,

                                                  */s/ Patrick Fitzgerald*

                                                  Patrick Fitzgerald

cc: Counsel for US Airways, Inc., via ECF