Final for Jury

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
US AIRWAYS, INC.,                                            :
                                    Plaintiff,               :
                                                             :
              -against-                                      :   11 Civ. 2725 (LGS)
                                                             :
                                                             :
SABRE HOLDINGS CORP., et al.,                                :
                                    Defendants.              :
------------------------------------------------------------ X

## VERDICT FORM

ALL JURORS MUST AGREE TO ALL ANSWERS

### Monopolization Claim

1. Has US Airways proved, by a preponderance of the evidence, that Sabre willfully maintained monopoly power through exclusionary conduct in the relevant market?
   Yes __✓__          No _____

   *If you answered "Yes," proceed to Question 2.*
   *If you answered "No," proceed to Question 3.*

2. Has US Airways proved, by a preponderance of the evidence, that it was harmed as a result of Sabre's exclusionary conduct?

   Yes __✓__          No _____

   *Proceed to Question 3.*

### Contract Restraints Claim

3. Has US Airways proved, by a preponderance of the evidence, that Sabre unreasonably restrained trade in the relevant market by means of the challenged contract provisions in the 2011 agreement between US Airways and Sabre?

   Yes _____          No __✓__

   *If you answered "Yes," proceed to Question 4.*
   *If you answered "No," proceed to Question 5.*

Final for Jury

4. Has US Airways proved, by a preponderance of the evidence, that it was harmed as a result of Sabre's unreasonable restraint of trade?

   Yes _____        No \_\_✓\_\_\_\_

   ***Proceed to Question 5.***

**Damages**

5. *Answer only if you answered YES to question 2:*  Please state the amount that will fairly compensate US Airways for any harm it sustained as a result of Sabre's exclusionary conduct between April 21, 2007, and October 30, 2012.

   $ \_\_1.00_____

6. *Answer only if you answered YES to question 4:*  Please state the amount that will fairly compensate US Airways for any harm it sustained as a result of Sabre's unreasonable restraint of trade between February 23, 2011, and October 30, 2012.

   $ \_\_0.00_____

7. *Answer only if you answered questions 5 AND 6:*  Being mindful of not awarding damages that result in double recovery for the same injury (double counting), what is the total amount of damages, if any, US Airways is entitled to receive from Sabre in light of your answers to the previous two questions?

   $ \_\_1.00_____

* * *

Final for Jury

Each juror should place his or her signature on the lines below.
I attest that the foregoing accurately reflects the jury's decision.

1. _Jordan [signature]_

2. _[signature]_

3. _[signature]_

4. _[signature]_

5. _[signature]_

6. _Pedro Roman_

7. _[signature]_

8. _____

Please state who is the foreperson: _Andrew Hunter #3_

Dated: _05 / 19_, 2022

*You are finished. Please provide this completed form in a sealed envelope to the Court Security Officer.*

3