```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
US AIRWAYS, INC. for AMERICAN                               :
AIRLINES, INC., as Successor and Real Party                 :      11 Civ. 2725 (LGS)
in Interest,                                                :
                                                            :
                          Plaintiff,                        :      ORDER FOR
                                                            :      JUDGMENT
            -against-                                       :
                                                            :
SABRE HOLDINGS CORPORATION;                                 :
SABRE GLBL INC.; and SABRE TRAVEL                           :
INTERNATIONAL LIMITED,                                      :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a jury trial on both remaining counts of Plaintiff's Sixth Amended Complaint commenced on April 22, 2022.

WHEREAS, on May 19, 2022, the jury returned a verdict in Plaintiff's favor on Count II of the Sixth Amended Complaint finding that the Sabre willfully maintained monopoly power through exclusionary conduct in the relevant market, that US Airways was harmed as a result of Sabre's exclusionary conduct, and awarding $1 in damages on Count II.

WHEREAS, the jury rendered a verdict in favor of Defendants on Count I of the Sixth Amendment Complaint.  It is hereby

**ORDERED** that:

1. Judgment is entered in favor of Plaintiff and against Defendants on Count II of the Sixth Amendment Complaint in the amount of $3, which is three times the amount of the jury's award of $1, plus Plaintiff's costs and reasonable attorneys' fees, all pursuant to the Clayton Act, 15 U.S.C. §15(a).

2. Judgment is entered in favor of Defendants and against Plaintiff on Count I of the

      Sixth Amendment Complaint.

3. Plaintiff shall recover post-judgment interest on the Judgment pursuant to 28 U.S.C. § 1961.

4. This Court retains jurisdiction over any matter pertaining to this Judgment.

SO ORDERED.

Dated: May 25, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**