

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

June 6, 2022

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
> <u>**Joint Letter Motion to Extend Time to Submit Briefing on Cost Motion**</u>

Dear Judge Schofield:

We write on behalf of the parties in the above-captioned case, and pursuant to Your Honor's Individual Rule I.B.2, to jointly request an extension of time for the briefing of US Airways' motion to recover the cost of US Airways' above-captioned suit against Sabre, including reasonable attorney's fees, pursuant to 15 U.S.C. § 15 ("Cost Motion").  US Airways' Cost Motion is currently due on Wednesday, June 8, 2022.  This is the first request for an extension of time for this deadline.  Given the significant work associated with briefing the Cost Motion and any motion filed pursuant to Fed. R. Civ. P. ("Rule") 50 or 59, the parties respectfully ask that the deadlines for briefing of the Cost Motion be extended as follows:

- Cost Motion due August 8, 2022 if no Rule 50 or 59 motion is filed; if a Rule 50 or Rule 59 motion is filed, Cost Motion due 45 days after the Rule 50 or Rule 59 reply brief is filed;
- Opposition to the Cost Motion due 60 days after the date the moving papers are filed; and
- Reply in support of the Cost Motion due 21 days after the date the opposition papers are filed.

Respectfully submitted,

*[signature]*

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

O'Melveny

cc:     Counsel for Sabre (via ECF)