O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

> Any motion(s) filed pursuant to Federal Rules of Civil Procedure 50 and/or 59 shall be briefed according to the following schedule:
> - By **June 22, 2022**, the parties shall file any opening brief;
> - By **July 13, 2022**, the parties shall file any opposition; and
> - By **July 25, 2022**, the parties shall file any reply.
>
> The parties shall comply with this Court's Individual Rules in briefing the motion(s). By **June 10, 2022**, the parties shall meet and confer and propose a joint briefing schedule considering the above deadlines. So Ordered.
>
> Dated: June 7, 2022
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

June 6, 2022

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
<u>**Joint Letter Motion to Extend Time to Submit Briefing on Cost Motion**</u>

Dear Judge Schofield:

      We write on behalf of the parties in the above-captioned case, and pursuant to Your Honor's Individual Rule I.B.2, to jointly request an extension of time for the briefing of US Airways' motion to recover the cost of US Airways' above-captioned suit against Sabre, including reasonable attorney's fees, pursuant to 15 U.S.C. § 15 ("Cost Motion"). US Airways' Cost Motion is currently due on Wednesday, June 8, 2022. This is the first request for an extension of time for this deadline. Given the significant work associated with briefing the Cost Motion and any motion filed pursuant to Fed. R. Civ. P. ("Rule") 50 or 59, the parties respectfully ask that the deadlines for briefing of the Cost Motion be extended as follows:

- Cost Motion due August 8, 2022 if no Rule 50 or 59 motion is filed; if a Rule 50 or Rule 59 motion is filed, Cost Motion due 45 days after the Rule 50 or Rule 59 reply brief is filed;
- Opposition to the Cost Motion due 60 days after the date the moving papers are filed; and
- Reply in support of the Cost Motion due 21 days after the date the opposition papers are filed.

      Respectfully submitted,

*[signature]*

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

---

O'Melveny

cc:     Counsel for Sabre (via ECF)