

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

June 8, 2022

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>  Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
> <u>Joint Letter Response to the Court's June 7, 2022 Order</u>

Dear Judge Schofield:

    Pursuant to the Court's June 7, 2022 Order, ECF No. 1213, the parties have met and conferred and write jointly to request an extension of time for the briefing of US Airways' motion to recover the cost of its above-captioned suit against Sabre, including reasonable attorney's fees, pursuant to 15 U.S.C. § 15 ("Cost Motion"). US Airways' Cost Motion is currently due today. This is the first request for an extension of time for this deadline. Given the significant work associated with briefing the Cost Motion and the Court's deadlines for any motion filed pursuant to Fed. R. Civ. P. 50 or 59, the parties respectfully ask that the deadlines for briefing the Cost Motion be extended as follows:

- US Airways shall file its Cost Motion by **August 8, 2022**;
- Any Opposition to the Cost Motion shall be filed by **October 7, 2022**; and
- Any Reply in support of the Cost Motion shall be filed by **October 28, 2022**.

    Respectfully submitted,

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc: Counsel for Sabre (via ECF)