

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

> Application **GRANTED**.  Plaintiff's Cost Motion shall be briefed according to the schedule below, with Plaintiff's opening brief due **August 8, 2022**.  The parties shall comply with the Court's Individual Rules, including applicable page limits, in briefing the motion.
>
> The parties shall meet and confer to discuss in what form billing and expense information should be presented to make it most useful for Sabre and the Court.  By **June 23, 2022**, the parties shall submit their joint proposal in a letter, along with any areas of disagreement.
>
> Dated:  June 9, 2022
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

June 8, 2022

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725-LGS
<u>Joint Letter Response to the Court's June 7, 2022 Order</u>

Dear Judge Schofield:

Pursuant to the Court's June 7, 2022 Order, ECF No. 1213, the parties have met and conferred and write jointly to request an extension of time for the briefing of US Airways' motion to recover the cost of its above-captioned suit against Sabre, including reasonable attorney's fees, pursuant to 15 U.S.C. § 15 ("Cost Motion").  US Airways' Cost Motion is currently due today.  This is the first request for an extension of time for this deadline.  Given the significant work associated with briefing the Cost Motion and the Court's deadlines for any motion filed pursuant to Fed. R. Civ. P. 50 or 59, the parties respectfully ask that the deadlines for briefing the Cost Motion be extended as follows:

- US Airways shall file its Cost Motion by **August 8, 2022**;
- Any Opposition to the Cost Motion shall be filed by **October 7, 2022**; and
- Any Reply in support of the Cost Motion shall be filed by **October 28, 2022**.

Respectfully submitted,

*[signature]*

Andrew J. Frackman
of O'MELVENY & MYERS LLP
*for US Airways, Inc. for American Airlines, Inc. as Successor and Real Party in Interest*

cc:   Counsel for Sabre (via ECF)