UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

US AIRWAYS, INC.,

                               Plaintiff(s),         11  Civ. 2725   (LGS)

-against-

                                                       ORDER OF REFERENCE
SABRE HOLDINGS CORP., et al.,                      TO A
                                                       MAGISTRATE JUDGE

                              Defendant(s).
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. James L. Cott United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

**✔** SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

Plaintiff's Motion for Attorneys' Fees and Costs (see Dkt. No. 1215)

\_\_\_\_\_ JURY SELECTION

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

SO ORDERED.

Dated: June 27, 2022
        New York, New York

                                                   LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE

\* Do not check if already referred for General Pre-Trial.