USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
US AIRWAYS, INC.,

            Plaintiff,

    -v-

SABRE HOLDINGS CORPORATION, *et al.*,

            Defendants.
-----------------------------------------------------------X

**ORDER**

11-CV-2725 (LGS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a telephone conference today at which the parties agreed to pursue mediation of Plaintiff's claims for fees and costs with a private mediator, to conclude by **September 30, 2022**.

    In light of the mediation, the Court hereby vacates the briefing schedule at Dkt. No. 1215 without prejudice to revision as needed. The dispute about the form in which Plaintiff would submit billing and expense information as part of its motion papers (Dkt. No. 1252) will be revisited at a later date if necessary.

    The parties are directed to submit a status report by **October 7, 2022** to 1) advise the Court as to the outcome of the mediation, and 2) if applicable, propose a revised briefing schedule.

    **SO ORDERED.**

Dated: July 7, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge