### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-8602
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3834
DIRECT FAX
917-777-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

October 7, 2022

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE: *US Airways, Inc. v. Sabre Holdings Corp.*, *et al.*,
No. 1:11-cv-02725, Joint Status Report

Dear Judge Cott:

We write on behalf of the parties pursuant to this Court's July 7, 2022 Order (ECF No. 1255), in which the Court directed the parties to: (i) "submit a status report by October 7, 2022 [advising] the Court as to the outcome" of the parties' efforts to privately mediate US Airways' forthcoming motion for attorneys' fees and costs; and (ii) "if applicable, propose a revised briefing schedule" for resolving that motion.

On September 21 and 22, 2022, the parties participated in constructive mediation sessions before Mr. David Geronemus, but were unable to resolve their dispute. Motion practice therefore appears necessary, though the parties have not ruled out further talks, including through the assistance of this Court. The parties plan to meet and confer over the form of US Airways' submission of its billing and expense information and a potential briefing schedule. Pending the outcome of those discussions, the parties will provide an update to the Court by October 14, 2022.

Respectfully submitted,

*/s/ Boris Bershteyn*
Boris Bershteyn

cc: Counsel for US Airways, Inc., via ECF