IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Airways, Inc., for American Airlines, Inc., as Successor and Real Party in Interest,<br><br>Plaintiff,<br><br>v.<br><br>Sabre Holdings Corp., Sabre GLBL Inc., and Sabre Travel Int'l Ltd.<br><br>Defendants. | Civ. A. No. 1:11-cv-02725-LGS |

**<u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL</u>**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Larry C. Dembowski, formerly known as Larry C. Work-Dembowski, will move this Court, at the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, New York 10007, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited (collectively, the "Sabre Defendants").

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for the Sabre Defendants in this action.

Dated: October 31, 2022

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Larry C. Dembowski
Larry C. Dembowski
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1500
*LDembowski@cgsh.com*

*Counsel for the Sabre Defendants*

Application **GRANTED.**  The Clerk of Court is respectfully directed to terminate ECF notifications for Mr. Dembowski and to close the motion at Dkt. 1262.

Dated: November 2, 2022
         New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**