UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SABRE HOLDINGS CORP., <br> SABRE GLBL INC., and <br> SABRE TRAVEL INT'L LTD., <br><br> Defendants. | Civil Action No. 1:11-cv-02725-LGS <br><br> ECF Case |

## DECLARATION OF PATRICK FITZGERALD

Pursuant to 28 U.S.C. § 1746, I, Patrick Fitzgerald, declare as follows:

1. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), which represents Defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited. (together, "Sabre") in this action, and I am a member of this Court.

2. I submit this declaration in support of the motion, pursuant to Local Civil Rule 1.4 of this Court, to authorize my withdrawal as counsel for Sabre in this action.

3. I am retiring from Skadden. Skadden will continue to represent Sabre in this matter. I do not assert a retaining or charging lien in connection with my withdrawal.

4. I respectfully request that the Court grant my motion to withdraw as counsel for Sabre.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 29, 2023                                    Respectfully submitted,
          Chicago, Illinois

                                          /s/ *Patrick Fitzgerald*
                                          Patrick Fitzgerald
                                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                          155 North Wacker Drive
                                          Chicago, Illinois 60606
                                          Phone: (312) 407-0508
                                          patrick.fitzgerald@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 29, 2023, I caused a copy of the foregoing document to be served via the Court's ECF system, which will cause copies to be served on all counsel who have appeared in the case.

*/s/ Patrick Fitzgerald*
Patrick Fitzgerald