UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SABRE HOLDINGS CORP., <br> SABRE GLBL INC., and <br> SABRE TRAVEL INT'L LTD., <br><br> Defendants. | Civil Action No. 1:11-cv-02725-LGS <br><br> ECF Case |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Patrick Fitzgerald, I, Patrick Fitzgerald, hereby move this Court to withdraw appearance of Patrick Fitzgerald as counsel for Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited.

DATED: March 29, 2023
Chicago, Illinois

Respectfully submitted,

/s/ *Patrick Fitzgerald*
Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 407-0508
patrick.fitzgerald@skadden.com

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF notifications for Mr. Fitzgerald and to close the motion at Dkt. 1274. So Ordered.

Dated: April 10, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**