UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., FOR AMERICAN AIRLINES, INC., AS SUCCESSOR AND REAL PARTY IN INTEREST,<br><br>Plaintiff,<br><br>-against-<br><br>SABRE HOLDINGS CORPORATION; SABRE GLBL INC.; and SABRE TRAVEL INTERNATIONAL LIMITED,<br><br>Defendants. | Civ. A. No. 1:11-cv-02725-LGS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Arjun Shenoy, I hereby move this Court to withdraw my appearance as counsel for US Airways, Inc.

Dated: June 6, 2023
Washington, D.C.

Respectfully submitted,

By: */s/ Arjun Shenoy*
Arjun Shenoy
O'MELVENY & MYERS LLP
ashenoy@omm.com
1625 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 383-5364