UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., FOR AMERICAN AIRLINES, INC., AS SUCCESSOR AND REAL PARTY IN INTEREST,<br><br>Plaintiff,<br><br>-against-<br><br>SABRE HOLDINGS CORPORATION; SABRE GLBL INC.; and SABRE TRAVEL INTERNATIONAL LIMITED,<br><br>Defendants. | Civ. A. No. 1:11-cv-02725-LGS |

### **DECLARATION OF ARJUN SHENOY**

Pursuant to 28 U.S.C. § 1746, I, Arjun Shenoy, declare as follows:

1. I am an associate at the law firm of O'Melveny & Myers LLP ("O'Melveny"), which represents Plaintiff US Airways, Inc. ("US Airways") in this action, and I am a member of this Court.

2. I submit this declaration in support of the motion, pursuant to Local Civil Rule 1.4 of this Court, to authorize my withdrawal as counsel for US Airways in this action.

3. I am leaving O'Melveny on June 6, 2023. O'Melveny will continue to represent US Airways in this matter. I do not assert a retaining or charging lien in connection with my withdrawal.

4. I respectfully request that the Court grant my motion to withdraw as counsel for US Airways.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2023
       Washington, D.C.

Respectfully submitted,

By: */s/* Arjun Shenoy
    Arjun Shenoy
    O'MELVENY & MYERS LLP
    ashenoy@omm.com
    1625 Eye Street, NW
    Washington, DC  20006
    Telephone:  (202) 383-5364