# EXHIBIT D

| | Exhibit D: Description of O'Melveny and Yetter Coleman Timekeepers | | | | | |
|---|---|---|---|---|---|---|
| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
| Diamond, Chuck | O'Melveny & Myers | Partner | $1,096.98 | 6,438.3 | $7,062,684.62 | 1973 graduate of New York University Law School who has been the lead partner for the case through the first trial in 2016 |
| Feinstein, Marc | O'Melveny & Myers | Partner | $853.27 | 2,165.0 | $1,847,334.93 | 1991 graduate of Harvard Law School who worked on the litigation from discovery through post-trial motions following 2016 trial |
| Frackman, Andrew | O'Melveny & Myers | Partner | $1,245.89 | 6,093.4 | 7,591,733.1 | 1981 graduate of Columbia Law School who has been one of the lead partners for the case since US Airways retained O'Melveny |
| Gonzalez, Mia N. | O'Melveny & Myers | Partner | $959.94 | 2,949.7 | 2,831,524.1 | 2008 graduate of Columbia Law School who worked on the litigation from trial preparation through the 2022 re-trial |
| Metlitsky, Anton | O'Melveny & Myers | Partner | $953.96 | 385.5 | 367,741.9 | 2005 graduate of Harvard Law School who worked on the litigation from trial preparation for the 2016 trial through the 2022 re-trial |
| Moss, Edward | O'Melveny & Myers | Partner | $891.31 | 1,514.8 | 1,350,140.0 | 2002 graduate of Duke University School of Law who worked on the litigation from discovery through expert discovery relating to the second trial |
| Pocha, Madhu | O'Melveny & Myers | Partner | $862.07 | 5,653.3 | 4,873,570.8 | 2008 graduate of Columbia Law School who worked on the litigation from summary judgment through the 2022 re-trial |
| Robson, Katrina | O'Melveny & Myers | Partner | $957.70 | 2,437.4 | 2,334,295.9 | 2003 graduate of Harvard Law School who worked on the litigation from trial preparation through the 2022 re-trial |
| Simmons, Ian | O'Melveny & Myers | Partner | $1,488.50 | 1,347.7 | 2,006,025.4 | 1991 graduate of University of Pennsylvania Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Zaslavsky, Sergei | O'Melveny & Myers | Partner | $803.35 | 3,924.5 | 3,152,757.6 | 2011 graduate of Harvard Law School who worked on the litigation from trial preparation for the 2016 trial through trial preparation for the 2022 re-trial |
| Thumann, Henry C. | O'Melveny & Myers | Of Counsel/Retired | $1,100.01 | 4,060.0 | 4,466,036.1 | 1960 graduate of Harvard Law School who has been one of the lead partners for the case since US Airways retained O'Melveny |
| Acevedo, Ana | O'Melveny & Myers | Counsel* | $644.99 | 155.2 | 100,083.8 | 2006 graduate of University of Pennsylvania Law School who worked on the litigation during document discovery |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Byrd, Courtney C. | O'Melveny & Myers | Counsel | $623.59 | 1,445.4 | 901,322.4 | 2009 graduate of Georgetown University Law Center who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Davies, Paul | O'Melveny & Myers | Counsel | $689.61 | 513.2 | 353,919.6 | 2001 graduate of Stanford Law School who worked on the litigation during document discovery |
| Dubin, Yaira | O'Melveny & Myers | Counsel | $798.76 | 776.9 | 620,554.5 | 2013 graduate of Harvard Law School who worked on the litigation from post-trial motions following the 2016 trial through trial preparation for the 2022 re-trial |
| Elias, Brad | O'Melveny & Myers | Counsel | $808.04 | 1,254.6 | 1,013,777.2 | 2007 graduate of New York University School of Law who worked on the litigation during document discovery and from trial preparation through post-trial motions following the 2016 trial |
| Fabish, Anna | O'Melveny & Myers | Counsel | $664.29 | 2,923.1 | 1,941,769.1 | 2006 graduate of Southwestern Law School who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Folchi, Sara | O'Melveny & Myers | Counsel | $695.19 | 3,981.6 | 2,767,922.6 | 2003 graduate of University of California, Berkeley School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 and subsequent trial preparation |
| Greeley, James L. | O'Melveny & Myers | Counsel | $700.10 | 5,189.4 | 3,633,092.0 | 2001 graduate of Harvard Law School who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Hancock, Alicia | O'Melveny & Myers | Counsel | $699.40 | 3,596.5 | 2,515,355.9 | 2005 graduate of University of California, Los Angeles School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 and subsequent trial preparation |
| Heinrichs, Michael | O'Melveny & Myers | Counsel | $645.12 | 158.2 | 102,078.1 | 2006 graduate of University of California, Los Angeles School of Law who worked on the litigation during document discovery |
| Jones, Patrick J. | O'Melveny & Myers | Counsel | $921.82 | 1,764.1 | 1,626,179.0 | 2017 graduate of Duke University School of Law who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Le, Jonathan C. | O'Melveny & Myers | Counsel | $597.86 | 2,806.1 | 1,677,662.6 | 2008 graduate of Georgetown University Law Center who worked on the litigation from document discovery through summary judgment |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Lukmire, David K. | O'Melveny & Myers | Counsel | $661.85 | 5,113.8 | 3,384,597.3 | 2010 graduate of New York University School of Law who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Mokhtari, Kevin | O'Melveny & Myers | Counsel | $619.88 | 988.2 | 612,551.4 | 2007 graduate of University of California, Los Angeles School of Law who worked on the litigation during document discovery |
| Murata, Ken | O'Melveny & Myers | Counsel | $728.48 | 3,761.9 | 2,740,495.5 | 2000 graduate of Harvard Law School who worked on the litigation from document discovery through depositions |
| O'Connor, Joe | O'Melveny & Myers | Counsel | $640.34 | 5,432.1 | 3,478,386.6 | 2010 graduate of Georgetown University Law School who worked on the litigation from discovery through the 2022 re-trial |
| Powers, Colleen | O'Melveny & Myers | Counsel | $920.14 | 565.5 | 520,338.0 | 2016 graduate of Fordham Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Quinn, Brian P. | O'Melveny & Myers | Counsel | $883.95 | 669.5 | 591,802.0 | 2016 graduate of Stanford Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Schock, Matt | O'Melveny & Myers | Counsel | $657.69 | 1,901.9 | 1,250,867.4 | 2014 graduate of University of Pennsylvania Law School who worked on the litigation from trial preparation for the 2016 trial prep through trial preparation for the 2022 re-trial |
| Siegel, Justin S. | O'Melveny & Myers | Counsel | $680.16 | 1,706.8 | 1,160,870.7 | 2006 graduate of Northwestern University School of Law who worked on the litigation from document discovery through depositions |
| Ambar, Daniel | O'Melveny & Myers | Associate | $631.42 | 547.0 | 345,394.3 | 2011 graduate of University of Michigan Law School who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Bashour, George | O'Melveny & Myers | Associate | $724.09 | 1,662.8 | 1,204,010.0 | 2019 graduate of New York University School of Law who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Berghausen, Mark E. | O'Melveny & Myers | Associate | $521.37 | 6,225.1 | 3,245,546.5 | 2011 graduate of Northwestern University Law School who worked on the litigation from document discovery through post-trial motions following the 2016 trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Chan, Eric | O'Melveny & Myers | Associate | $619.97 | 788.4 | 488,805.0 | 2007 graduate of Stanford University Law School who worked on the litigation during document discovery |
| Kahf, Usama | O'Melveny & Myers | Associate | $524.99 | 215.9 | 113,365.9 | 2009 graduate of Loyola Law School who worked on the litigation during document discovery |
| Koai, Kevin | O'Melveny & Myers | Associate | $746.86 | 866.1 | 646,857.0 | 2019 graduate of Columbia Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Lash, Devon E. | O'Melveny & Myers | Associate | $503.27 | 972.9 | 489,604.6 | 2015 graduate of Fordham University School of Law who worked on the litigation during the 2016 trial and post-trial motions |
| Lorenz, Laura E. | O'Melveny & Myers | Associate | $495.51 | 3,335.3 | 1,652,686.7 | 2014 graduate of Harvard Law School who worked on the litigation from summary judgment through post-trial motions |
| Mrkonic, Matthew G. | O'Melveny & Myers | Associate | $650.00 | 552.1 | 358,865.0 | 2009 graduate of Yale Law School who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Pardo, Gabriel L. | O'Melveny & Myers | Associate | $628.29 | 1,153.4 | 724,644.4 | 2008 graduate of Stanford Law School who worked on the litigation from document discovery through depositions |
| Pettig, Bruce C. | O'Melveny & Myers | Associate | $882.14 | 134.8 | 118,913.0 | 2018 graduate of Columbia Law School who worked on the litigation from summary judgment briefing in 2021 through the 2022 re-trial |
| Phillips, Jake | O'Melveny & Myers | Associate | $495.82 | 4,797.8 | 2,378,859.7 | 2010 graduate of University of California, Berkeley School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Ramos, Lynsey | O'Melveny & Myers | Associate | $604.19 | 3,043.7 | 1,838,967.2 | 2013 graduate of Fordham University School of Law who worked on the litigation from discovery through post-trial motions following the 2016 trial |
| Sadun, Benjamin | O'Melveny & Myers | Associate | $463.59 | 6,200.1 | 2,874,353.8 | 2012 graduate of Harvard Law School who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Schneller, Jonathan P. | O'Melveny & Myers | Associate | $525.00 | 102.8 | 53,970.0 | 2010 graduate of Harvard Law School who worked on the litigation during document discovery |
| Shenoy, Arjun | O'Melveny & Myers | Associate | $764.25 | 1,048.7 | 801,470.0 | 2019 graduate of Stanford Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Velazquez, Ernesto I. | O'Melveny & Myers | Associate | $525.01 | 635.5 | 333,636.4 | 2009 graduate of Columbia Law School who worked on the litigation during document discovery |
| Zarrow, Jason | O'Melveny & Myers | Associate | $632.38 | 1,117.3 | 706,532.0 | 2013 graduate of Harvard Law School who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |
| Hayame, Bryan | O'Melveny & Myers | Staff Attorney | $302.25 | 3,103.7 | 938,072.2 | 2001 graduate of Loyola Law School who worked on the litigation from document discovery to trial preparation for the 2016 trial |
| Hintzen, Ryan | O'Melveny & Myers | Staff Attorney | $225.00 | 774.3 | 174,223.4 | 2002 graduate of Golden Gate University, School of Law who worked on the litigation during document discovery |
| Kirschner, David C. | O'Melveny & Myers | Staff Attorney | $275.00 | 729.0 | 200,473.7 | 1995 graduate of Benjamin N. Cardozo School of Law who worked on the litigation during document discovery |
| Nalabandian, Paul | O'Melveny & Myers | Staff Attorney | $276.03 | 1,106.9 | 305,543.2 | 1999 graduate of University of Michigan Law School who worked on the litigation during document discovery |
| Nordloh, Katina | O'Melveny & Myers | Staff Attorney | $240.95 | 216.9 | 52,259.6 | 2003 graduate of Albany Law School who worked on the litigation during document discovery |
| Reyna, Tracey | O'Melveny & Myers | Staff Attorney | $269.50 | 519.0 | 139,866.4 | 2004 graduate of Thomas M. Cooley Law School who worked on the litigation during document discovery |
| Tucker Jr., Charles K. | O'Melveny & Myers | Staff Attorney | $342.39 | 2,811.0 | 962,473.5 | 1995 graduate of Pepperdine University School of Law who worked on the litigation from document discovery through trial preparation |
| Williams, Kamilah | O'Melveny & Myers | Staff Attorney | $275.00 | 212.6 | 58,470.9 | 2001 graduate of Columbus School of Law who worked on the litigation during document discovery |
| Hirsch, Barry | O'Melveny & Myers | Contract Attorney | $275.00 | 208.2 | 57,240.7 | 1989 graduate of University of Pittsburgh School of Law who worked on the litigation during document discovery |
| Kirui, Clare | O'Melveny & Myers | Contract Attorney | $85.15 | 709.2 | 60,390.5 | 2006 graduate of George Washington University Law School who worked on the litigation from document discovery through trial |
| Simmons, Shaun | O'Melveny & Myers | Contract Attorney | $686.91 | 1,007.3 | 691,943.3 | 1999 graduate of Cornell Law School who worked on the litigation during document discovery |
| Azarraga, Randy | O'Melveny & Myers | Paralegal | $195.00 | 1,920.5 | 374,498.0 | Paralegal with 17 years of experience who worked on the litigation from document discovery through summary judgment |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Becerra, Tanya L. | O'Melveny & Myers | Paralegal | $344.27 | 10,140.3 | 3,490,990.7 | Senior Paralegal with 19 years of experience who worked on the litigation shortly after O'Melveny was retained through the 2022 re-trial |
| Cross, Mary | O'Melveny & Myers | Paralegal | $195.00 | 363.7 | 70,924.7 | Paralegal with over 13 years of experience who worked on the litigation from motions *in limine* through trial preparation for the 2016 trial |
| Ely, R. Willets | O'Melveny & Myers | Paralegal | $129.40 | 929.8 | 120,320.4 | Paralegal with one year of experience who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |
| Fregil, Belinda | O'Melveny & Myers | Paralegal | $263.06 | 6,260.7 | 1,646,945.6 | Paralegal with 22 years of experience who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Nadler, Andrew | O'Melveny & Myers | Paralegal | $354.57 | 1,102.5 | 390,916.0 | Senior Paralegal with 13 years of experience who worked on the litigation during the 2016 trial through summary judgment briefing in 2021 |
| Neglia, Ross | O'Melveny & Myers | Paralegal | $304.66 | 113.4 | 34,548.0 | Paralegal with fifteen years of experience who worked on the litigation from trial preparation for the 2016 trial through post-trial motions following the 2016 trial |
| Sigua, Rina M. | O'Melveny & Myers | Paralegal | $125.04 | 1,094.0 | 136,798.6 | Paralegal with 5 years of experience who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |
| Torres-Smith, Judith | O'Melveny & Myers | Paralegal | $193.60 | 2,599.4 | 503,225.9 | Paralegal with 18 years of experience who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Diaz, Kevin | O'Melveny & Myers | Project Asst. | $199.47 | 166.6 | 33,231.0 | Paralegal with one year of experience who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Golden, Samuel | O'Melveny & Myers | Project Asst. | $190.59 | 126.6 | 24,128.5 | Paralegal with one year of experience who worked on the litigation during the 2022 re-trial |
| Castro, Patricia | O'Melveny & Myers | Paralegal Support | $150.00 | 840.3 | 126,041.6 | Paralegal support staff with eight years of experience who worked on the litigation from document discovery through depositions |
| Fuentes, Elizabeth | O'Melveny & Myers | Paralegal Support | $109.88 | 3,055.2 | 335,696.9 | Paralegal support staff with 15 years of experience who worked on the litigation shortly after O'Melveny was retained through summary judgment briefing in 2014 |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Jackson, Ed | O'Melveny & Myers | Practice Support Specialist | $278.21 | 293.0 | 81,516.0 | Practice Support Specialist with 28 years of experience who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Newcombe, Robert | O'Melveny & Myers | Practice Support Specialist | $289.59 | 226.2 | 65,503.4 | Practice Support Specialist with 17 years of experience who worked on the litigation from document discovery through the 2016 trial |
| Wong, Philip | O'Melveny & Myers | Practice Support Specialist | $270.07 | 135.3 | 36,549.2 | Practice Support Specialist with 9 years of experience who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Smith, Pat | O'Melveny & Myers | Library Manager | $235.70 | 126.8 | 29,896.2 | Library Manager with 28 years of experience who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Goldman, Dori K. | Yetter Coleman | Partner | $630.00 | 107.9 | 67,977.0 | 2003 graduate of Harvard Law School who worked on the litigation from post-remand expert and fact discovery through trial preparation for the 2022 re-trial |
| Yetter, R. Paul | Yetter Coleman | Partner | $805.50 | 1,231.4 | 991,892.7 | 1983 graduate of Columbia Law School who has been one of the lead partners for the case since US Airways retained Yetter Coleman |
| Ross, Autry W. | Yetter Coleman | Of Counsel | $585.00 | 242.0 | 141,570.0 | 1986 graduate of Columbia Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Dowling, Wyatt J. | Yetter Coleman | Senior Counsel | $567.63 | 296.3 | 168,189.8 | 2010 graduate of University of Texas School of Law who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Allen, Susanna R, | Yetter Coleman | Associate | $409.50 | 1,206.3 | 493,979.9 | 2017 graduate of Vanderbilt Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Dannenmaier, Kay | Yetter Coleman | Associate | $391.50 | 841.6 | 329,486.4 | 2019 graduate of Yale Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Downing, Casey | Yetter Coleman | Associate | $521.41 | 128.8 | 67,158.0 | 2014 graduate of New York University School of Law who worked on the litigation during the 2022 re-trial |
| Spare, Bethany C. | Yetter Coleman | Associate | $409.50 | 159.2 | 65,192.4 | 2017 graduate of University of Texas School of Law who worked on the litigation during the trial preparation for the 2022 re-trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Young, Tyler | Yetter Coleman | Associate | $522.00 | 1,183.9 | 617,995.8 | 2012 graduate of University of Virginia School of Law who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Richey, Samantha | Yetter Coleman | Paralegal | $180.00 | 275.7 | 49,626.0 | Paralegal with five years of experience who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Smith, Courtney B. | Yetter Coleman | Paralegal | $180.00 | 934.2 | 168,156.0 | Paralegal with fifteen years of experience who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
|  |  |  | **TOTAL** |  | **$101,557,863.44** |  |

\* After five years as an associate, qualified O'Melveny attorneys are promoted to "Counsel." "Counsel" generally means "senior associate."