SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001-8602
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3834
DIRECT FAX
917-777-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 10, 2023

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE: *US Airways, Inc. v. Sabre Holdings Corp.*, *et al.*,
No. 1:11-cv-02725, Response to USAir's Motion to Seal

Dear Judge Cott:

I write pursuant to the Court's order (ECF No. 1297) regarding Sabre's response to USAir's motion to seal (ECF No. 1296). Sabre respectfully informs the Court that it has no objection to USAir's motion to seal.

Respectfully submitted,

*/s/ Boris Bershteyn*
Boris Bershteyn

cc: Counsel for US Airways, Inc., via ECF