UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

US AIRWAYS, INC.

                Plaintiffs,

    v.

SABRE HOLDINGS CORP.
SABRE GLBL INC. and
SABRE TRAVEL INT'L LTD.,

                Defendant.

Civil Action No. 1:11-CV-02725-LGS

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of David E. Carney, I, David E. Carney, hereby move this Court to withdraw the appearance of David E. Carney as counsel for Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited.

Dated: September 8, 2023

/s/ David E. Carney
David E. Carney
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7126
Fax: (202) 661-8295
david.carney@skadden.com

---

Application **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF notifications for Mr. Carney.

Dated: September 11, 2023
      New York, New York

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**