SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-8602
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3834
DIRECT FAX
917-777-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 12, 2024

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   *US Airways, Inc. v. Sabre Holdings Corp.*, *et al.* No. 1:11-cv-02725

Dear Judge Cott:

We write on behalf of the parties to jointly request that the deadline for Sabre's opposition brief to US Airways' motion for attorneys' fees and costs be extended from January 19, 2024, to February 20, 2024, and that the deadline for US Airways' reply brief be extended from March 6, 2024, to April 8, 2024. (*See* ECF Nos. 1308, 1309.) The parties remain actively engaged in productive settlement discussions. Nevertheless, settling a dispute of this magnitude in the context of the parties' ongoing business relationship is proving to be complicated, and the parties believe that continuing the pause in the briefing schedule will best facilitate settlement. Thus, the parties request that the Court enter the above briefing schedule extending the deadlines for Sabre's opposition and US Airways' reply briefs.

We thank the Court for its consideration of this request, which is the parties' fourth request for an extension of this briefing schedule (*see id.*).

Respectfully submitted,

*/s/ Boris Bershteyn*
Boris Bershteyn

cc:  Counsel for US Airways, Inc., via ECF