AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| US Airways, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:11-cv-02725 (LGS) |
| Sabre Holdings Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sabre Holdings Corporation; Sabre GLBL Inc.; Sabre Travel International Ltd.                    .

Date:     05/06/2024

/s/ Dana Seshens
*Attorney's signature*

Dana Seshens, DS9800
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017

*Address*

dana.seshens@davispolk.com
*E-mail address*

(212) 450-4855
*Telephone number*

(212) 701-5855
*FAX number*