## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US AIRWAYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SABRE HOLDINGS CORP., <br> SABRE GLBL INC., <br> and SABRE TRAVEL INT'L LTD., <br><br> Defendants. | Civil Action No. 1:11-cv-02725-LGS <br><br> ECF Case |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, attorneys Lev Louis Dassin, George S. Cary, Kenneth Reinker, Steven J. Kaiser and Carl Lawrence Malm hereby move this Court for leave to withdraw as counsel for Defendants Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited (collectively, "Sabre") in the above-captioned action. Withdrawal is necessary because Cleary Gottlieb Steen & Hamilton LLP will no longer represent Sabre in this action.

Attorneys from Davis Polk & Wardwell LLP who have recently filed notices of appearance will represent Sabre as lead counsel. Withdrawal of the above referenced attorneys will not occasion a request for an extension of any current deadlines in this case. No retaining or charging lien is being asserted.

| | | |
|---|---|---|
| DATED: | May 15, 2024<br>Washington, DC | Respectfully submitted,<br><br>*/s/ Steven J. Kaiser*<br>Steven J. Kaiser *(admitted pro hac vice)*<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2112 Pennsylvania Ave, NW<br>Suite 1000<br>Washington, DC 20037<br>(202) 974-1554<br>skaier@cgsh.com<br><br><br>*Counsel for Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Ltd.* |