UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
US AIRWAYS, INC., FOR AMERICAN
AIRLINES, INC., AS SUCCESSOR AND REAL
PARTY IN INTEREST,

                        Plaintiffs,

-against-

SABRE HOLDINGS CORPORATION, ET AL.,

                        Defendants.
-------------------------------------------------------------X

11 Civ. 2725 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued February 6, 2024, denied Plaintiff's motion for attorneys' fees without prejudice to renewal and stated that Plaintiff may refile its motion when and if settlement negotiations fail after filing a letter advising the Court of their intent to renew the motion. It is hereby

**ORDERED** that the parties shall file a joint status letter by September 4, 2024, apprising the Court of the status of settlement discussions and a projected date for resolution.

Dated: August 27, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**