UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                       :

US AIRWAYS, INC., FOR AMERICAN     :
AIRLINES, INC., AS SUCCESSOR AND REAL :
PARTY IN INTEREST,            :        11 Civ. 2725 (LGS)
                 Plaintiffs,   :
                       :          ORDER

          -against-       :
                       :

SABRE HOLDINGS CORPORATION, ET AL., :
               Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, an Order issued June 27, 2022, referred this case to Magistrate Judge James

L. Cott.  It is hereby

     **ORDERED** that the aforementioned June 27, 2022, Order is hereby withdrawn.

Dated: August 27, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**