

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

September 4, 2024

**Andrew J. Frackman**  
D: +1 212 326 2017  
afrackman@omm.com

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield  
United States District Court  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

> Re:   *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al., No. 1:11-cv-02725-LGS*
> <u>**Joint Letter Response to the Court's August 27, 2024 Order**</u>

Dear Judge Schofield:

    Pursuant to the Court's August 27, 2024 Order, ECF No. 1323, we write on behalf of the parties to report that negotiations regarding US Airways' claim for attorneys' fees and costs are continuing. Subject to the Court's approval, if the parties do not reach a settlement in principle by October 4, 2024, US Airways will file its renewed motion on that day.

    The parties have met and conferred on a briefing schedule and propose that, in the event that US Airways files its renewed motion, Sabre will file its opposition brief on or before November 18, 2024, and US Airways will file its reply brief on or before January 17, 2025.

Respectfully submitted,

*[signature]*

Andrew J. Frackman  
of O'MELVENY & MYERS LLP  
*for US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest*

cc:   Counsel for Sabre (via ECF)