# EXHIBIT A

| **Exhibit A: Summary of US Airways' Recoverable Costs** | | | |
|---|---|---|---|
| Category | Amount Paid by US Airways* | Amount Sought by US Airways | Supporting Exhibits |
| Attorney's Fees | $108,475,434.13 | $92,204,119.01 | Exhibits B-E |
| Attorney's Expenses | $49,496,060.21 | $45,720,825.14 | Exhibits F-K |
| Statutory Costs | $1,076,500.61 | $1,076,500.61 | Exhibits L-M |
| **Total** | **$159,047,994.95** | **$139,001,444.76** | |
| | Reduction | $20,046,550.19 | |

*Attorneys' fees exclude approximately $4.5 million of charges of legal and consulting timekeepers (e.g., by eliminating fees of timekeepers who billed less than 100 hours, fees for work by Cadwalader before March 2011 and after April 2012, and other work billed and paid but not directly related to the core set of issues on which US Airways prevailed). Attorneys' expenses exclude approximately $4 million in expert fees.