# EXHIBIT B

## FILED ON EXTERNAL HARD DRIVE PURSUANT TO ORDER ENTERED OCTOBER 4, 2024, DKT. NO. 1330

## AND REQUESTED TO BE FILED UNDER SEAL