| Exhibit C: Summary of Fees Paid for Work in Each Litigation Stage | | | | |
|---|---|---|---|---|
| **Dates** | **Stage** | **Total Hours** | **Total $ Billed to Client** | **Total Timekeepers** |
| March 2011 to November 2011 | Early Stages of the Litigation: Complaint and Motion to Dismiss | 7302.31 | $3,227,367.02 | 37 |
| December 2011 through August 2013 | Fact Discovery | 71116.86 | $34,067,892.56 | 108 |
| September 2013 through February 2014 | Expert Discovery and Depositions | 16556.19 | $8,369,073.19 | 36 |
| March 2014 through March 2015 | Summary Judgment | 16639.90 | $9,499,956.50 | 34 |
| April 2015 through October 23, 2016 | First Trial Preparation & Pre-Trial Motions | 30475.01 | $19,576,989.39 | 37 |
| October 24, 2016 through December 20, 2016 | First Trial | 12377.21 | $8,035,543.47 | 30 |
| December 21, 2016 through April 2017 | Post-Trial Work | 3260.80 | $2,433,034.50 | 27 |
| May 2017 through September 2019 | Appeal | 2308.50 | $1,901,852.50 | 27 |
| October 2019 through August 2021 | Post-Remand Expert and Fact Discovery | 8062.60 | $7,566,403.25 | 27 |
| September 2021 through October 2021 | Summary Judgment and *Daubert* Briefing | 997.10 | $896,384.50 | 23 |
| October 2021 through April 2022 | Second Trial Preparation & Pre-Trial Motions | 9361.40 | $7,644,611.35 | 28 |
| April 22, 2022 through May 2022 | Second Trial | 5801.90 | $4,372,712.40 | 27 |
| June 2022 through present | Post-Trial Work | 860.20 | $883,613.50 | 14 |
| | | **TOTAL** | $108,475,434.13 | |