| Exhibit D: Description of O'Melveny and Yetter Coleman Timekeepers ||||||
|---|---|---|---|---|---|
| **Timekeeper Name (Last, First)** | **Firm** | **Timekeeper Title (most recent while working on this case)** | **Timekeeper Avg. Billing Rate (through May 2023)** | **Total Hours (through May 2023)** | **Total $ Amt. Paid (through May 2023)** | **Description of Attorneys and Staff** |
| Diamond, Chuck | O'Melveny & Myers | Partner | $1,096.85 | 6,432.5 | $7,055,434.62 | 1973 graduate of New York University Law School who has been the lead partner for the case through the first trial in 2016 |
| Feinstein, Marc | O'Melveny & Myers | Partner | $853.27 | 2,165.0 | $1,847,334.93 | 1991 graduate of Harvard Law School who worked on the litigation from discovery through post-trial motions following 2016 trial |
| Frackman, Andrew | O'Melveny & Myers | Partner | $1,245.87 | 6,069.5 | $7,561,828.13 | 1981 graduate of Columbia Law School who has been one of the lead partners for the case since US Airways retained O'Melveny |
| Gonzalez, Mia N. | O'Melveny & Myers | Partner | $961.25 | 2,904.2 | $2,791,650.09 | 2008 graduate of Columbia Law School who worked on the litigation from trial preparation through the 2022 re-trial |
| Metlitsky, Anton | O'Melveny & Myers | Partner | $953.96 | 385.5 | $367,741.93 | 2005 graduate of Harvard Law School who worked on the litigation from trial preparation for the 2016 trial through the 2022 re-trial |
| Moss, Edward | O'Melveny & Myers | Partner | $891.09 | 1,511.7 | $1,347,051.53 | 2002 graduate of Duke University School of Law who worked on the litigation from discovery through expert discovery relating to the second trial |
| Pocha, Madhu | O'Melveny & Myers | Partner | $862.53 | 5,599.1 | $4,829,397.76 | 2008 graduate of Columbia Law School who worked on the litigation from summary judgment through the 2022 re-trial |
| Robson, Katrina | O'Melveny & Myers | Partner | $957.59 | 2,435.6 | $2,332,290.35 | 2003 graduate of Harvard Law School who worked on the litigation from trial preparation through the 2022 re-trial |
| Simmons, Ian | O'Melveny & Myers | Partner | $1,488.50 | 1,347.7 | $2,006,025.42 | 1991 graduate of University of Pennsylvania Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Zaslavsky, Sergei | O'Melveny & Myers | Partner | $803.43 | 3,916.7 | $3,146,829.61 | 2011 graduate of Harvard Law School who worked on the litigation from trial preparation for the 2016 trial through trial preparation for the 2022 re-trial |
| Thumann, Henry C. | O'Melveny & Myers | Of Counsel/Retired | $1,100.01 | 4,059.5 | $4,465,448.64 | 1960 graduate of Harvard Law School who has been one of the lead partners for the case since US Airways retained O'Melveny |
| Acevedo, Ana | O'Melveny & Myers | Counsel* | $644.99 | 155.2 | $100,083.81 | 2006 graduate of University of Pennsylvania Law School who worked on the litigation during document discovery |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Byrd, Courtney C. | O'Melveny & Myers | Counsel | $623.59 | 1,445.4 | $901,322.42 | 2009 graduate of Georgetown University Law Center who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Davies, Paul | O'Melveny & Myers | Counsel | $689.61 | 513.2 | $353,919.55 | 2001 graduate of Stanford Law School who worked on the litigation during document discovery |
| Dubin, Yaira | O'Melveny & Myers | Counsel | $798.76 | 776.9 | $620,554.50 | 2013 graduate of Harvard Law School who worked on the litigation from post-trial motions following the 2016 trial through trial preparation for the 2022 re-trial |
| Elias, Brad | O'Melveny & Myers | Counsel | $808.01 | 1,253.8 | $1,013,085.17 | 2007 graduate of New York University School of Law who worked on the litigation during document discovery and from trial preparation through post-trial motions following the 2016 trial |
| Fabish, Anna | O'Melveny & Myers | Counsel | $664.29 | 2,923.1 | $1,941,769.12 | 2006 graduate of Southwestern Law School who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Folchi, Sara | O'Melveny & Myers | Counsel | $695.19 | 3,981.6 | $2,767,922.63 | 2003 graduate of University of California, Berkeley School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 and subsequent trial preparation |
| Greeley, James L. | O'Melveny & Myers | Counsel | $700.10 | 5,189.4 | $3,633,091.96 | 2001 graduate of Harvard Law School who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Hancock, Alicia | O'Melveny & Myers | Counsel | $699.40 | 3,596.5 | $2,515,355.85 | 2005 graduate of University of California, Los Angeles School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 and subsequent trial preparation |
| Heinrichs, Michael | O'Melveny & Myers | Counsel | $645.12 | 158.2 | $102,078.12 | 2006 graduate of University of California, Los Angeles School of Law who worked on the litigation during document discovery |
| Jones, Patrick J. | O'Melveny & Myers | Counsel | $921.89 | 1,762.6 | $1,624,919.00 | 2017 graduate of Duke University School of Law who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Le, Jonathan C. | O'Melveny & Myers | Counsel | $597.86 | 2,806.1 | $1,677,662.56 | 2008 graduate of Georgetown University Law Center who worked on the litigation from document discovery through summary judgment |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Lukmire, David K. | O'Melveny & Myers | Counsel | $661.61 | 5,105.3 | $3,377,712.31 | 2010 graduate of New York University School of Law who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Mokhtari, Kevin | O'Melveny & Myers | Counsel | $619.88 | 988.2 | $612,551.38 | 2007 graduate of University of California, Los Angeles School of Law who worked on the litigation during document discovery |
| Murata, Ken | O'Melveny & Myers | Counsel | $728.48 | 3,761.9 | $2,740,495.54 | 2000 graduate of Harvard Law School who worked on the litigation from document discovery through depositions |
| O'Connor, Joe | O'Melveny & Myers | Counsel | $640.31 | 5,431.1 | $3,477,601.58 | 2010 graduate of Georgetown University Law School who worked on the litigation from discovery through the 2022 re-trial |
| Powers, Colleen | O'Melveny & Myers | Counsel | $920.19 | 564.5 | $519,448.00 | 2016 graduate of Fordham Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Quinn, Brian P. | O'Melveny & Myers | Counsel | $883.95 | 669.5 | $591,802.00 | 2016 graduate of Stanford Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Schock, Matt | O'Melveny & Myers | Counsel | $657.56 | 1,892.2 | $1,244,248.39 | 2014 graduate of University of Pennsylvania Law School who worked on the litigation from trial preparation for the 2016 trial prep through trial preparation for the 2022 re-trial |
| Siegel, Justin S. | O'Melveny & Myers | Counsel | $680.16 | 1,706.8 | $1,160,870.70 | 2006 graduate of Northwestern University School of Law who worked on the litigation from document discovery through depositions |
| Ambar, Daniel | O'Melveny & Myers | Associate | $631.42 | 547.0 | $345,394.34 | 2011 graduate of University of Michigan Law School who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Bashour, George | O'Melveny & Myers | Associate | $724.09 | 1,662.8 | $1,204,010.00 | 2019 graduate of New York University School of Law who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Berghausen, Mark E. | O'Melveny & Myers | Associate | $521.37 | 6,225.1 | $3,245,546.47 | 2011 graduate of Northwestern University Law School who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Chan, Eric | O'Melveny & Myers | Associate | $619.97 | 788.4 | $488,805.00 | 2007 graduate of Stanford University Law School who worked on the litigation during document discovery |
| Kahf, Usama | O'Melveny & Myers | Associate | $524.99 | 215.9 | $113,365.94 | 2009 graduate of Loyola Law School who worked on the litigation during document discovery |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Koai, Kevin | O'Melveny & Myers | Associate | $746.86 | 866.1 | $646,857.00 | 2019 graduate of Columbia Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Lash, Devon E. | O'Melveny & Myers | Associate | $503.10 | 970.6 | $488,282.08 | 2015 graduate of Fordham University School of Law who worked on the litigation during the 2016 trial and post-trial motions |
| Lorenz, Laura E. | O'Melveny & Myers | Associate | $493.52 | 3,278.3 | $1,617,916.67 | 2014 graduate of Harvard Law School who worked on the litigation from summary judgment through post-trial motions |
| Mrkonic, Matthew G. | O'Melveny & Myers | Associate | $650.00 | 552.1 | $358,865.00 | 2009 graduate of Yale Law School who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Pardo, Gabriel L. | O'Melveny & Myers | Associate | $628.29 | 1,153.4 | $724,644.43 | 2008 graduate of Stanford Law School who worked on the litigation from document discovery through depositions |
| Pettig, Bruce C. | O'Melveny & Myers | Associate | $882.14 | 134.8 | $118,913.00 | 2018 graduate of Columbia Law School who worked on the litigation from summary judgment briefing in 2021 through the 2022 re-trial |
| Phillips, Jake | O'Melveny & Myers | Associate | $495.82 | 4,797.8 | $2,378,859.65 | 2010 graduate of University of California, Berkeley School of Law who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Ramos, Lynsey | O'Melveny & Myers | Associate | $601.60 | 2,984.8 | $1,795,675.68 | 2013 graduate of Fordham University School of Law who worked on the litigation from discovery through post-trial motions following the 2016 trial |
| Sadun, Benjamin | O'Melveny & Myers | Associate | $463.59 | 6,200.1 | $2,874,353.78 | 2012 graduate of Harvard Law School who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Schneller, Jonathan P. | O'Melveny & Myers | Associate | $525.00 | 102.8 | $53,970.00 | 2010 graduate of Harvard Law School who worked on the litigation during document discovery |
| Shenoy, Arjun | O'Melveny & Myers | Associate | $764.25 | 1,048.7 | $801,470.00 | 2019 graduate of Stanford Law School who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |
| Velazquez, Ernesto I. | O'Melveny & Myers | Associate | $525.01 | 635.5 | $333,636.43 | 2009 graduate of Columbia Law School who worked on the litigation during document discovery |
| Zarrow, Jason | O'Melveny & Myers | Associate | $631.95 | 1,108.3 | $700,366.98 | 2013 graduate of Harvard Law School who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Hayame, Bryan | O'Melveny & Myers | Staff Attorney | $302.25 | 3,103.7 | $938,072.23 | 2001 graduate of Loyola Law School who worked on the litigation from document discovery to trial preparation for the 2016 trial |
| Hintzen, Ryan | O'Melveny & Myers | Staff Attorney | $225.00 | 774.3 | $174,223.41 | 2002 graduate of Golden Gate University, School of Law who worked on the litigation during document discovery |
| Kirschner, David C. | O'Melveny & Myers | Staff Attorney | $275.00 | 729.0 | $200,473.73 | 1995 graduate of Benjamin N. Cardozo School of Law who worked on the litigation during document discovery |
| Nalabandian, Paul | O'Melveny & Myers | Staff Attorney | $276.03 | 1,106.9 | $305,543.20 | 1999 graduate of University of Michigan Law School who worked on the litigation during document discovery |
| Nordloh, Katina | O'Melveny & Myers | Staff Attorney | $240.95 | 216.9 | $52,259.58 | 2003 graduate of Albany Law School who worked on the litigation during document discovery |
| Reyna, Tracey | O'Melveny & Myers | Staff Attorney | $269.50 | 519.0 | $139,866.36 | 2004 graduate of Thomas M. Cooley Law School who worked on the litigation during document discovery |
| Tucker Jr., Charles K. | O'Melveny & Myers | Staff Attorney | $342.39 | 2,811.0 | $962,473.45 | 1995 graduate of Pepperdine University School of Law who worked on the litigation from document discovery through trial preparation |
| Williams, Kamilah | O'Melveny & Myers | Staff Attorney | $275.00 | 212.6 | $58,470.93 | 2001 graduate of Columbus School of Law who worked on the litigation during document discovery |
| Hirsch, Barry | O'Melveny & Myers | Contract Attorney | $275.00 | 208.2 | $57,240.73 | 1989 graduate of University of Pittsburgh School of Law who worked on the litigation during document discovery |
| Kirui, Clare | O'Melveny & Myers | Contract Attorney | $85.15 | 709.2 | $60,390.52 | 2006 graduate of George Washington University Law School who worked on the litigation from document discovery through trial |
| Simmons, Shaun | O'Melveny & Myers | Contract Attorney | $686.91 | 1,007.3 | $691,943.31 | 1999 graduate of Cornell Law School who worked on the litigation during document discovery |
| Azarraga, Randy | O'Melveny & Myers | Paralegal | $195.00 | 1,920.5 | $374,498.02 | Paralegal with 17 years of experience who worked on the litigation from document discovery through summary judgment |
| Becerra, Tanya L. | O'Melveny & Myers | Paralegal | $344.24 | 10,110.5 | $3,480,411.67 | Senior Paralegal with 19 years of experience who worked on the litigation shortly after O'Melveny was retained through the 2022 re-trial |
| Cross, Mary | O'Melveny & Myers | Paralegal | $195.00 | 363.7 | $70,924.73 | Paralegal with over 13 years of experience who worked on the litigation from motions *in limine* through trial preparation for the 2016 trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Ely, R. Willets | O'Melveny & Myers | Paralegal | $129.40 | 929.8 | $120,320.39 | Paralegal with one year of experience who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |
| Fregil, Belinda | O'Melveny & Myers | Paralegal | $263.06 | 6,260.7 | $1,646,945.59 | Paralegal with 22 years of experience who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Nadler, Andrew | O'Melveny & Myers | Paralegal | $354.52 | 1,099.2 | $389,694.97 | Senior Paralegal with 13 years of experience who worked on the litigation during the 2016 trial through summary judgment briefing in 2021 |
| Neglia, Ross | O'Melveny & Myers | Paralegal | $302.08 | 109.1 | $32,957.00 | Paralegal with fifteen years of experience who worked on the litigation from trial preparation for the 2016 trial through post-trial motions following the 2016 trial |
| Sigua, Rina M. | O'Melveny & Myers | Paralegal | $125.04 | 1,094.0 | $136,798.56 | Paralegal with 5 years of experience who worked on the litigation from trial preparation through post-trial motions following the 2016 trial |
| Torres-Smith, Judith | O'Melveny & Myers | Paralegal | $193.60 | 2,599.4 | $503,225.91 | Paralegal with 18 years of experience who worked on the litigation from document discovery through summary judgment briefing in 2014 |
| Diaz, Kevin | O'Melveny & Myers | Project Asst. | $199.47 | 166.6 | $33,231.00 | Paralegal with one year of experience who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Golden, Samuel | O'Melveny & Myers | Project Asst. | $190.59 | 126.6 | $24,128.50 | Paralegal with one year of experience who worked on the litigation during the 2022 re-trial |
| Castro, Patricia | O'Melveny & Myers | Paralegal Support | $150.00 | 840.3 | $126,041.61 | Paralegal support staff with eight years of experience who worked on the litigation from document discovery through depositions |
| Fuentes, Elizabeth | O'Melveny & Myers | Paralegal Support | $109.88 | 3,055.2 | $335,696.86 | Paralegal support staff with 15 years of experience who worked on the litigation shortly after O'Melveny was retained through summary judgment briefing in 2014 |
| Jackson, Ed | O'Melveny & Myers | Practice Support Specialist | $278.21 | 293.0 | $81,516.00 | Practice Support Specialist with 28 years of experience who worked on the litigation from summary judgment through trial preparation for the 2016 trial |
| Newcombe, Robert | O'Melveny & Myers | Practice Support Specialist | $289.59 | 226.2 | $65,503.36 | Practice Support Specialist with 17 years of experience who worked on the litigation from document discovery through the 2016 trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| Wong, Philip | O'Melveny & Myers | Practice Support Specialist | $270.07 | 135.3 | $36,549.15 | Practice Support Specialist with 9 years of experience who worked on the litigation from document discovery through trial preparation for the 2016 trial |
| Smith, Pat | O'Melveny & Myers | Library Manager | $235.70 | 126.8 | $29,896.22 | Library Manager with 28 years of experience who worked on the litigation from document discovery through post-trial motions following the 2016 trial |
| Goldman, Dori K. | Yetter Coleman | Partner | $630.00 | 101.1 | $63,693.00 | 2003 graduate of Harvard Law School who worked on the litigation from post-remand expert and fact discovery through trial preparation for the 2022 re-trial |
| Yetter, R. Paul | Yetter Coleman | Partner | $805.50 | 1,230.1 | $990,845.55 | 1983 graduate of Columbia Law School who has been one of the lead partners for the case since US Airways retained Yetter Coleman |
| Ross, Autry W. | Yetter Coleman | Of Counsel | $585.00 | 242.0 | $141,570.00 | 1986 graduate of Columbia Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Dowling, Wyatt J. | Yetter Coleman | Senior Counsel | $567.63 | 296.3 | $168,189.75 | 2010 graduate of University of Texas School of Law who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Allen, Susanna R, | Yetter Coleman | Associate | $409.50 | 1,205.8 | $493,775.10 | 2017 graduate of Vanderbilt Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Dannenmaier, Kay | Yetter Coleman | Associate | $391.50 | 841.6 | $329,486.40 | 2019 graduate of Yale Law School who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Downing, Casey | Yetter Coleman | Associate | $521.41 | 128.8 | $67,158.00 | 2014 graduate of New York University School of Law who worked on the litigation during the 2022 re-trial |
| Spare, Bethany C. | Yetter Coleman | Associate | $409.50 | 159.2 | $65,192.40 | 2017 graduate of University of Texas School of Law who worked on the litigation during the trial preparation for the 2022 re-trial |
| Young, Tyler | Yetter Coleman | Associate | $522.00 | 1,183.9 | $617,995.80 | 2012 graduate of University of Virginia School of Law who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Richey, Samantha | Yetter Coleman | Paralegal | $180.00 | 275.7 | $49,626.00 | Paralegal with five years of experience who worked on the litigation from trial preparation for the 2022 re-trial through the 2022 re-trial |
| Smith, Courtney B. | Yetter Coleman | Paralegal | $180.00 | 934.2 | $168,156.00 | Paralegal with fifteen years of experience who worked on the litigation from post-remand expert and fact discovery through the 2022 re-trial |

| Timekeeper Name (Last, First) | Firm | Timekeeper Title (most recent while working on this case) | Timekeeper Avg. Billing Rate (through May 2023) | Total Hours (through May 2023) | Total $ Amt. Paid (through May 2023) | Description of Attorneys and Staff |
|---|---|---|---|---|---|---|
| | | | | **TOTAL** | $101,303,445.04 | |

\* After five years as an associate, qualified O'Melveny attorneys are promoted to "Counsel." "Counsel" generally means "senior associate."