Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

# Davis Polk

November 16, 2024

Re: *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corp., et al.*, No. 1:11-cv-02725-LGS

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Schofield:

We represent the parties in the above-captioned action and write jointly to notify the Court that the parties have reached an agreement-in-principle to resolve their pending dispute. Accordingly, we write pursuant to Rule I.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases to jointly request a modification of the briefing schedule on US Airways, Inc.'s (together with "real party in interest" American Airlines, "AA") pending Renewed and Amended Motion for Costs, Including Attorney's Fees and Expenses, Under 15 U.S.C. § 15 (ECF No. 1332).

Specifically, the parties seek to reset Sabre's opposition deadline to December 6 (the current deadline is November 26, 2024). The parties will advise the Court if a settlement is finalized in the interim and, if not, whether US Airways will need more time beyond January 17, 2025 for its reply.

This is the parties' first joint request for an extension of time. The Court previously granted AA's uncontested request for a brief extension to file its fee motion. (ECF No. 1330.) The Court, on Friday, November 15, adjourned Sabre's November 21 opposition brief deadline to November 26. (ECF No. 1345.)

We thank the Court for its consideration and are available to answer any questions the Court may have.

Respectfully submitted,

/s/ *Dana M. Seshens*                                      /s/ *Andrew J. Frackman*

Dana M. Seshens                                            Andrew J. Frackman
Davis Polk & Wardwell LLP                                  O'Melveny & Myers LLP
*Counsel for Sabre*                                        *Counsel for AA*


**Electronic Filing**

cc:    All counsel of record (via ECF)