UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
US AIRWAYS, INC., FOR AMERICAN :
AIRLINES INC., AS SUCCESSOR AND :
REAL PARTY IN INTEREST, : 11 Civ. 2725 (LGS)
 :
 Plaintiff, : ORDER
 :
 -against- :
 :
SABRE HOLDINGS CORPORATION, et al., :
 :
 Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. (Congratulations!) Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: December 9, 2024
      New York, New York

                                           LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE